IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:10-CV-0953-D-BF |
| | § | |
| L&M ARTS, SOTHEBY'S, INC., | § | |
| TOBIAS MEYER, DAVID MARTINEZ, | § | |
| and STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The parties' Amended Agreed Motion to Extend Time (doc. 92) is hereby GRANTED. Plaintiff shall have until August 9, 2011 to file an opposition to Defendants' Motion to Compel. The parties' Agreed Motion for Extension of Time (doc. 90) is DENIED as moot.

SO ORDERED, August 4, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE