IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| L&M ARTS, DAVID MARTINEZ | § | |
| and STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending before the Court is Plaintiff Marguerite Hoffman's and Defendant L&M Arts's Stipulation to extend Defendant L&M Arts's deadline to answer or otherwise respond to Plaintiff's Second Amended Complaint. The Court finds that the Stipulation should be, and hereby is, GRANTED in all respects.

IT IS THEREFORE ORDERED that Defendant L&M Arts shall have until and including September 13, 2011, to respond to Plaintiff Marguerite Hoffman's Second Amended Complaint

Signed August 26, 2011.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

ORDER