In The United States District Court
For The Northern District Of Texas
Dallas Division

| | | |
|---|---|---|
| Marguerite Hoffman, | § § § | |
| Plaintiff, | § § | |
| v. | § § | No. 3:10-cv-953 |
| L&M Arts, David Martinez and Studio Capital, Inc., | § § § § | |
| Defendants. | § | |

ORDER APPROVING

**STIPULATION REGARDING EXTENSION OF DEADLINES
FOR EXPERT DESIGNATIONS**

In the interest of the efficient management of this case, the parties hereby stipulate and agree that the Amended Scheduling Order dated May 6, 2011 is amended as follows:

(1) A party with the burden of proof on a claim or defense must designate expert witnesses and otherwise comply with Rule 26(a)(2) no later than **October 31, 2011**.

(2) A party who intends to offer expert evidence "intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(B)" must designate expert witnesses and otherwise comply with Rule 26(a)(2) no later than **December 15, 2011**.

SIGNED AND ENTERED this  29th  day of August, 2011.

_____
Honorable Sidney Fitzwater
Chief United States District Judge

**Stipulation – Page 1**

AGREED:

*[signature: Bart Wulff by permission KAS]*

Bart Wulff
Texas State Bar No. 220861000
SHACKELFORD, MELTON & MCKINLEY LLP
3333 Lee Parkway, 10th Floor
Dallas, TX 75219
Telephone: (214) 780-1400
Facsimile: (214) 889-9715

Roger Netzer
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-9249

*Attorneys for Plaintiff Marguerite Hoffman*

*[signature]*

Gordon M. Shapiro
Texas State Bar No. 18110600
Kurt Schwarz
Texas State Bar No. 17871550
Stephanie C. Sparks
Texas State Bar No. 24042900
JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

Jonathan Blackman
Howard S. Zelbo
Melissa Marler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-2999

*Attorneys for Defendants
David Martinez and Studio Capital, Inc.*

**Stipulation – Page 2**

_____ by permission KAB
Thomas E. Kurth
Texas State Bar No. 11768500
HAYNES AND BOONE, LLP
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673
Telephone: (214) 651-5621
Facsimile: (214) 200-0506

Robert M. Abrahams
Kristie Blase
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022

*Attorneys for Defendant L&M Arts*

**Stipulation – Page 3**