IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARGUERITE HOFFMAN,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-CV-0953-D |
| | § | |
| **DAVID MARTINEZ, et al.,** | § | |
| Defendants. | § | |

## ORDER

The District Court referred the following motions to the United States Magistrate Judge:

1. Motion to Compel (doc. 86);

2. Second Motion to Compel (doc. 89);

3. Third Motion to Compel (doc. 97); and

4. Plaintiff's Sealed Motion to Compel (doc. 101).

The parties have a duty to deliver a courtesy copy of referred motions and all responses, replies, and associated pleadings to the United States Magistrate Judge upon the District Court's referral of the motions. This Court has not received courtesy copies of the four referred motions or of the two responses and one reply that have been filed. Parties shall furnish courtesy copies no later than August 31, 2011 to the Clerk's Office to the attention of Lavenia Price, Courtroom Deputy to Judge Stickney. Parties shall continue to furnish courtesy copies upon filing when the responses and replies to the referred motions are filed.

Signed this 26th day of August, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE