**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **MARGUERITE HOFFMAN,** | § | |
| | § | |
| Plaintiff | § | |
| v. | § | Civil Action No. 3:10-cv-0953-D |
| | § | |
| **L&M ARTS, DAVID MARTINEZ AND STUDIO CAPITAL, INC.,** | § | |
| | § | |
| Defendants. | § | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**TO:   ALL PARTIES, PLEASE TAKE NOTICE THAT:**

**COME NOW** Walter A. Herring and Andrew G. Spaniol of Bryan Cave LLP and file this Notice of Appearance on behalf of **Greenberg Van Doren Gallery**, and respectfully request that all notices given or required to be given in these proceedings and all papers served or required to be served in these proceedings, be served upon the undersigned at the office address, facsimile number, and email addresses listed as follows:

Walter A. Herring
Andrew G. Spaniol
**BRYAN CAVE LLP**
2200 Ross Avenue, Suite 3300
Dallas, Texas  75201
Telephone:  214.721.8048
Facsimile:  214.721.8100
Email: Walter.herring@bryancave.com
Email: Andrew.spaniol@bryancave.com

The foregoing request includes notices and additionally includes, without limitation, notices of any complaint, demand, hearing, motion, order, pleading or other request, formal or informal, whether transmitted or conveyed by mail, telephone or otherwise.

This 21st day of September 2011.

Respectfully submitted,

*/s/ Andrew G. Spaniol*
Walter A. Herring
  Texas Bar No. 09535300
Andrew G. Spaniol
  Texas Bar No. 24063012
2200 Ross Avenue, Suite 3300
Dallas, Texas 75201
(214) 721-8000 (telephone)
(214) 721-8100 (facsimile)

**ATTORNEYS FOR GREENBERG VAN DOREN GALLERY**

.

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing document was served via the Court's ECF system on all counsel of record in this matter

*/s/ Andrew G. Spaniol*
Andrew G. Spaniol