IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | No. 3:10-CV-0953-D (BF) |
| | § | |
| L&M ARTS, DAVID MARTINEZ and | § | |
| STUDIO CAPITAL, INC., | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

Pursuant to the District Court's Orders of Reference, Defendants Studio Capital, Inc. and David Martinez's First Motion to Compel (doc. 86) was referred to the United States Magistrate Judge. This motion was filed on July 11, 2011. Plaintiff Marguerite Hoffman filed a timely response (doc. 94) on August 9, 2011, after an Agreed Motion for Extension of Time was granted by this Court. Defendants filed their reply (doc. 106) on August 23, 2011. After careful consideration of the motion, the Court finds the motion is GRANTED. It is, hereby, ORDERED that Plaintiff responds to Defendants' discovery requests by disclosing her sales of other works of art within twenty days from the date of this Order. It is, further, ORDERED that each party shall be responsible for their own attorney's fees and expenses associated with this motion.

SO ORDERED, October 17, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE