In The United States District Court
For The Northern District Of Texas
Dallas Division

| | | |
|---|---|---|
| Marguerite Hoffman, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-cv-0953-D |
| | § | |
| L&M Arts, David Martinez | § | |
| and Studio Capital, Inc., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING FOURTH MOTION TO COMPEL OF
DEFENDANTS STUDIO CAPITAL, INC. AND DAVID MARTINEZ**

Before the Court is David Martinez and Studio Capital, Inc.'s Fourth Motion to Compel (the "Motion"). The Court, having considered the Motion and the applicable law, is of the opinion that the Motion is meritorious and should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Plaintiff is compelled to produce unredacted copies of the documents listed on Plaintiff's redaction log and privilege log that reflect correspondence involving Roland Augustine, Deedie Rose, Cindy Rachofsky, Bonnie Pitman, and John Eagle, and any other responsive communications involving Roland Augustine, Deedie Rose, Cindy Rachofsky, Bonnie Pitman, and John Eagle within two (2) business days of the entry of this order.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff is required to pay Defendants' expenses, including attorneys' fees, incurred in making the Motion.

SO ORDERED.

SIGNED this _____ day of _____, 2011.

_____
Honorable Paul Stickney
United States Magistrate Judge