IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGUERITE HOFFMAN, | § |
| Plaintiff, | § |
| v. | §   No. 3:10-CV-0953-D (BF) |
| L&M ARTS, DAVID MARTINEZ and STUDIO CAPITAL, INC., | § |
| Defendants. | § |

## ORDER FOR EXTENSION OF TIME

After careful consideration of Plaintiff's Agreed Motion to Extend Time to File Reply in Support of Plaintiff's Motions to Compel (doc. 144), the Court GRANTS the motion. It is, therefore, ORDERED that Plaintiff be granted an extension to October 28, 2011, in which to file her replies to Plaintiff's Sealed Motion to Compel L&M Arts to Produce Documents (doc. 101) and Plaintiff's Sealed Motion to Compel Defendants Martinez and Studio Capital, Inc. to Produce Documents (doc. 110).

SO ORDERED on October 25, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE