IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | No. 3:10-CV-0953-D (BF) |
| | § | |
| L&M ARTS, DAVID MARTINEZ and | § | |
| STUDIO CAPITAL, INC., | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

Pursuant to the District Court's Orders of Reference, Plaintiff's Motion for Leave to File Sur-Reply and Appendix in Further Opposition to Defendants' Third Motion to Compel (doc. 137) was referred to the United States Magistrate Judge. This motion was filed on October 4, 2011. Defendants David Martinez and Studio Capital, Inc. filed a timely response (doc. 138) on October 5, 2011. After careful consideration of the motion, the Court finds the motion is GRANTED. It is, hereby, ORDERED that Plaintiff shall be granted leave to file her sur-reply.

SO ORDERED, October 25, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE