IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | No.  3:10-CV-0953-D (BF) |
| | § | |
| L&M ARTS, DAVID MARTINEZ and | § | |
| STUDIO CAPITAL, INC., | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

Pursuant to the District Court's Orders of Reference, Defendants Studio Capital, Inc. and David Martinez's Third Motion to Compel (doc. 97) was referred to the United States Magistrate Judge.  This motion was filed on August 17, 2011.  Plaintiff Marguerite Hoffman filed a timely response (doc. 118) on September 7, 2011.  Defendants filed their reply (doc. 120) on September 13, 2011.  After careful consideration of the motion, the Court finds the motion is GRANTED IN PART.  It is, hereby, ORDERED that Plaintiff provides the documents included on her privilege log that are communications between Plaintiff and the Greenberg Van Doren Gallery ("Van Doren"), or communications between Plaintiff and her counsel that were disclosed to Van Doren, to this Court for in-camera review within fifteen days from the date of this Order.  It is, further, ORDERED that each party shall be responsible for their own attorney's fees and expenses associated with this motion.

SO ORDERED, October 25, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE