IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | No.  3:10-CV-0953-D (BF) |
| | § | |
| L&M ARTS, DAVID MARTINEZ and | § | |
| STUDIO CAPITAL, INC., | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

Pursuant to the District Court's Orders of Reference, Defendants Studio Capital, Inc. and David Martinez's Second Motion to Compel (doc. 89) was referred to the United States Magistrate Judge.  This motion was filed on July 28, 2011.  Plaintiff Marguerite Hoffman filed a timely response (doc. 98) on August 18, 2011.  Defendants filed their reply (doc. 116) on September 1, 2011.  After careful consideration of the motion, the Court finds the motion is GRANTED.  It is, hereby, ORDERED that Plaintiff provide the discovery she offered to provide, in her letter dated June 20, 2011 to Defendants, within twenty days from the date of this Order.  It is, further, ORDERED that Plaintiff will not be sanctioned for not complying with discovery, and thus, each party shall be responsible for their own attorney's fees and expenses associated with this motion.

SO ORDERED, October 26, 2011.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE