IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| L&M ARTS, et al., | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**APPENDIX TO PLAINTIFF'S MEMORANDUM OF LAW
IN OPPOSITION TO FOURTH MOTION TO COMPEL
OF DEFENDANTS STUDIO CAPITAL, INC. AND DAVID MARTINEZ**

Roger Netzer
Mary Eaton
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111

Bart Wulff
SHACKELFORD, MELTON &
MCKINLEY LLP
3333 Lee Parkway, Tenth Floor
Dallas, TX  75219
Tel: (214) 780-1400
Fax: (214) 780-1401

Plaintiff Marguerite Hoffman ("Plaintiff") Files This Appendix to Plaintiff's

Memorandum of Law in Opposition to Fourth Motion to Compel of Defendants Studio Capital,

Inc. and David Martinez.  Attached hereto is the following document filed in support of

Plaintiff's opposition brief:

| DESCRIPTION | EXHIBIT | APPENDIX PAGES |
|---|---|---|
| Declaration of Roger Netzer, Nov. 9, 2011 | A | 1-3 |

Dated:  November 9, 2011                    Respectfully submitted,

                                                              WILLKIE FARR & GALLAGHER LLP


                                                              By:  /s/Roger Netzer_____
                                                                     Roger Netzer
                                                                     Mary Eaton
                                                                     787 Seventh Avenue
                                                                     New York, NY  10019-6099
                                                                     rnetzer@willkie.com
                                                                     Tel: (212) 728-8000
                                                                     Fax: (212) 728-8111


                                                              SHACKELFORD, MELTON & MCKINLEY LLP
                                                                     Bart Wulff
                                                                     State Bar No. 22086100
                                                                     3333 Lee Parkway, Tenth Floor
                                                                     Dallas, TX  75219
                                                                     BWULFF@shacklaw.net
                                                                     Tel: (214) 780-1400
                                                                     Fax: (214) 780-1401

                                                              *Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that a true copy of the foregoing is being served electronically via ECF on all counsel of record on the 9th day of November 2011.


  /s/Kennon Scott
Kennon Scott

.

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGUERITE HOFFMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 3:10-CV-0953-D |
| § | |
| L&M ARTS, DAVID MARTINEZ, § | |
| and STUDIO CAPITAL, INC., § | |
| § | |
| Defendants. § | |

## DECLARATION OF ROGER NETZER

I, Roger Netzer, declare as follows:

1.      I am a partner at Willkie Farr & Gallagher LLP and counsel to Plaintiff Marguerite Hoffman. I make this declaration on personal knowledge.

2.      At all times during my representation of Plaintiff I have understood that communications between and among myself, Plaintiff, and Roland Augustine concerning issues relevant to this litigation were to be treated as privileged and confidential.

3.      Mr. Augustine, an art dealer and my long-time client, introduced me to Ms. Hoffman at the time this dispute arose to assist Ms. Hoffman in selecting and engaging litigation counsel. At the commencement of my first conversations with both Ms. Hoffman and Mr. Augustine, we agreed that our ensuing communications would be confidential and for the purpose of rendering legal advice to Ms. Hoffman.

7185711.2

4.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 9th day of November, 2011, in New York, New York.

Roger Netzer

App. 3