**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **MARGUERITE HOFFMAN,** | § | |
| | § | |
| **PLAINTIFF,** | § | |
| | § | |
| **v.** | § | **No. 3:10-CV-00953-D (BF)** |
| | § | |
| **L&M ARTS, DAVID MARTINEZ and STUDIO CAPITAL, INC.,** | § | |
| | § | |
| | § | |
| **DEFENDANTS.** | § | |

**ORDER**

Pursuant to the District Court's Orders of Reference, Defendants Studio Capital, Inc. and David Martinez's Fourth Motion to Compel (doc. 86), filed on October 19, 2011, Plaintiff's Sealed Motion to Compel Defendant L&M Arts to Produce Documents (doc. 101), filed on August 19, 2011, and Plaintiff's Sealed Motion to Compel Defendants Martinez and Studio Capital, Inc. to Produce Documents (doc. 110), filed on August 26, 2011, were referred to the United States Magistrate Judge. After careful consideration of the motions, responses, and replies, the Court finds that a hearing is necessary. These motions will be set for hearing on **THURSDAY, JANUARY 26, 2012, at 9:00 A.M.,** in United States Magistrate Judge's Courtroom 1561, 1100 Commerce Street, Dallas, Texas.[1] The Court will also entertain the parties' disagreement regarding Plaintiff's compliance with this Court's prior discovery order.

---

1. Requests to reschedule the hearing will be entertained but must be discussed with opposing counsel **prior to contacting the Court.**

SO ORDERED, January 5, 2012.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE