IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| v. | § | No. 3:10-CV-00953-D (BF) |
| | § | |
| L&M ARTS, DAVID MARTINEZ and | § | |
| STUDIO CAPITAL, INC., | § | |
| | § | |
| DEFENDANTS. | § | |

## ORDER

Pursuant to the District Court's Orders of Reference, Plaintiff's Sealed Motion to Compel Defendant L&M Arts to Comply with Its Discovery Obligations (doc. 163), filed on December 9, 2011, was referred to the United States Magistrate Judge. After careful consideration of the motion, response, and reply, the Court finds that a hearing is necessary. This motion will be set for hearing, along with the other pending motions to compel, on **THURSDAY, JANUARY 26, 2012, at 9:00 A.M.,** in United States Magistrate Judge's Courtroom 1561, 1100 Commerce Street, Dallas, Texas.[1]

SO ORDERED, January 13, 2012.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE

---

1. Requests to reschedule the hearing will be entertained but must be discussed with opposing counsel **prior to contacting the Court.**