IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:10-cv-0953-D |
| L&M ARTS, DAVID MARTINEZ | § | |
| and STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS L&M ARTS RESPONSE TO PLAINTFF'S MOTION FOR ISSUANCE
OF A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE**

Defendant L&M Arts joins Defendants Studio Capital's and David Martinez's response

to Plaintiff's motion for issuance of a request for international judicial assistance.

[SIGNATURE BLOCK ON FOLLOWING PAGE]

Dated:  January 23, 2012

Respectfully submitted,

*/s/ William D. White*
Thomas E. Kurth
Texas Bar No. 11768500
William D. White
Texas Bar No. 24063062
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
214-651-5000 Telephone
214-651-5690 Facsimile
thomas.kurth@haynesboone.com
will.white@haynesboone.com

Robert M. Abrahams (*pro hac vice*)
New York Bar No. 1236538
Kristie Blase (*pro hac vice*)
New York Bar No. 4526448
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022
212-756-2000 Telephone
212-593-5955 Facsimile
robert.abrahams@srz.com
kristie.blase@srz.com

**ATTORNEYS FOR L&M ARTS**

## CERTIFICATE OF SERVICE

On January 23, 2012, I electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  Notice of this filing will be sent to the attorneys of record for all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ William D. White*
William D. White