IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| L&M ARTS, DAVID MARTINEZ | § | |
| and STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

## AMENDED SCHEDULING ORDER

Having duly considered Defendant L&M Arts's Agreed Motion to Modify Scheduling Order, the Court concludes that the motion should be GRANTED.

It is ORDERED that the November 1, 2011 Amended Scheduling Order (Docket No. 155) is hereby amended with respect to the following date:

<u>Rebuttal Expert Witnesses</u>

A party who intends to offer expert evidence "intended solely to contradict or rebut evidence on the same subject matter identified by another party under Rule 26(a)(2)(b)" must designate expert witnesses and otherwise comply with Rule 26(a)(2) no later than **February 3, 2012**.

Signed January 31, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

ORDER