IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| L&M ARTS, DAVID MARTINEZ, | § | |
| and STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFF'S REPLY IN SUPPORT OF HER MOTION FOR
## ISSUANCE OF A REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE

Plaintiff Marguerite Hoffman moved this Court to issue a Request for International

Judicial Assistance to Obtain Evidence to Be Used in a Civil or Commercial Proceeding,

directed to the Senior Master of the Queen's Bench Division of the Supreme Court of England

and Wales, requesting the deposition and production of documents by Lavinia Calza on January

18, 2012 (the "Request") [Dkt. No. 181].  On January 23, 2012, Defendants Studio Capital and

David Martinez filed its response to Plaintiff's Request (the "Response") [Dkt. No. 184], which

Defendant L&M joined the same day  [Dkt. No. 185].  Defendants' Response proposes two

modifications to the Request.

First, Defendants propose deleting deposition and document request topics 8 and 12,

because those topics are the subject of motions to compel pending before Magistrate Judge

Stickney.  Plaintiff agrees that the Court's decision on the motions to compel will determine

whether these discovery topics should be included in the Request.

Second, Defendants' Response proposes certain minor modifications to the language of

the Request.  Plaintiff has no objection to Defendants' proposed edits.

Dated:  February 2, 2012              Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By: _/s/Roger Netzer_____
     Roger Netzer
     Mary Eaton
     787 Seventh Avenue
     New York, NY  10019-6099
     rnetzer@willkie.com
     Tel: (212) 728-8000
     Fax: (212) 728-8111

SHACKELFORD, MELTON & MCKINLEY LLP
     Bart Wulff
     State Bar No. 22086100
     3333 Lee Parkway, Tenth Floor
     Dallas, TX  75219
     BWULFF@shacklaw.net
     Tel: (214) 780-1400
     Fax: (214) 780-1401

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing is being served electronically

via ECF on all counsel of record on the 2th day of February 2012.


   /s/Kennon Scott
Kennon Scott