IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGUERITE HOFFMAN, | § |
| Plaintiff, | § § § |
| | § Civil Action No. 3:10-CV-0953-D |
| VS. | § § |
| L&M ARTS, et al., | § § § |
| Defendants. | § |

## ORDER

Plaintiff's January 18, 2012 motion for issuance of a request for international judicial assistance is granted as follows.

Plaintiff's February 2, 2012 reply brief indicates that she agrees that the question whether topics 8 and 12 should be included in the request must await Judge Stickney's decision on the pending motions to compel. She states that does not object to the edits that defendants otherwise propose. Accordingly, after Judge Stickney decides the motions to compel, plaintiff is directed to submit to the court for consideration a Letter of Request that is agreed by the parties as to form.

**SO ORDERED**.

February 6, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE