IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:10-CV-0953-D |
| | § | |
| L&M ARTS, SOTHEBY'S, INC., | § | |
| TOBIAS MEYER, DAVID MARTINEZ, | § | |
| and STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

### AGREED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

Plaintiff Marguerite Hoffman files this Agreed Motion to Extend Time to File Reply in Support of Plaintiff's Motion to Compel, and shows the Court as follows:

1. On January 12, 2012, Plaintiff Marguerite Hoffman filed Plaintiff's Sealed Motion to Compel Defendants Studio Capital and David Martinez to Produce all Documents (Including Electronic Documents) Within Their Control, together with a sealed Appendix in support of the Motion [Docket Nos. 175 and 176].

2. On February 2, 2012, Defendants Studio Capital and David Martinez filed their Sealed Opposition to Plaintiff's Second Sealed Motion to Compel [Docket No. 191].

3. Defense counsel has agreed to an extension of the deadline for Plaintiff to file her reply in support of her motion to February 20, 2012.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Marguerite Hoffman prays that this Court grant her until February 20, 2012, to file her reply in support of her motion to compel [Docket No. 175].

Case 3:10-cv-00953-D  Document 194  Filed 02/16/12  Page 2 of 3  PageID 3559

SHACKELFORD, MELTON & MCKINLEY LLP

By: _____
Bart Wulff
State Bar No. 22086100
Brian P. Shaw
State Bar No. 24053473
3333 Lee Parkway, Tenth Floor
Dallas, TX 75219
BWULFF@shacklaw.net
BSHAW@shacklaw.net
Tel: (214) 780-1400
Fax: (214) 780-1401

WILLKIE FARR & GALLAGHER LLP

Roger Netzer
Mary Eaton
Deirdre Hykal
787 Seventh Avenue
New York, NY 10019-6099
rnetzer@willkie.com
Tel: (212) 728-8000
Fax: (212) 728-8111

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

On February 16, 2012, Bart Wulff, counsel for Marguerite Hoffman conferred with Kurt Schwartz, counsel for Studio Capital and David Martinez, who agreed to the relief requested in this motion.

_____
Bart Wulff

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing is being served electronically via ECF on all counsel of record on the 16th day of February 2012.

_____
Bart Wulff

- 2 -

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGUERITE HOFFMAN, § § Plaintiff, § § vs. § § L&M ARTS, SOTHEBY'S, INC., § TOBIAS MEYER, DAVID MARTINEZ, § and STUDIO CAPITAL, INC., § § Defendants. § | Civil Action No. 3:10-CV-0953-D |

### ORDER GRANTING AGREED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL

The foregoing agreed motion, having been presented to this Court, is hereby GRANTED. Plaintiff shall have until February 20, 2012 to file her reply in support of Plaintiff's Motion to Compel [Docket 175]..

Dated this _____ day of February 2012.

_____
U.S. Magistrate Paul D. Stickney