IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-CV-00953-D (BF) |
| | § | |
| L&M ARTS, DAVID MARTINEZ and | § | |
| STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the District Court's Orders of Reference, Plaintiff's Sealed Motion to Compel Defendants Studio Capital and David Martinez to Produce All Documents Within Their Control (doc. 175), filed on January 12, 2012, was referred to the United States Magistrate Judge. Before the Court for consideration is Plaintiff's Agreed Motion to Extend Time to File Reply in Support of Plaintiff's Motion to Compel (doc. 194), filed on February 16, 2012. The Court GRANTS the motion. It is, hereby, ORDERED that Plaintiff shall have until February 20, 2012 in which to file her reply.

SO ORDERED, February 17, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE