IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § § | |
| Plaintiff, | § § | Civil Action No. 3:10-CV-0953-D |
| L&M ARTS, et al., | § § | |
| Defendants. | § § § § | |

**APPENDIX TO**
**PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANT L&M ARTS'**
**MOTION TO CONTINUE TRIAL SETTING**

Roger Netzer
Mary Eaton
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111

Bart Wulff
SHACKELFORD, MELTON &
MCKINLEY LLP
3333 Lee Parkway, Tenth Floor
Dallas, TX 75219
Tel: (214) 780-1400
Fax: (214) 780-1401

Plaintiff Marguerite Hoffman ("Plaintiff") Files this Appendix to her Memorandum in Opposition to Defendant L&M Arts' Motion to Continue Trial Setting. Attached hereto are the following documents filed in support of Plaintiff's memorandum:

| DESCRIPTION | EXHIBIT | APPENDIX PAGES |
|---|---|---|
| Feb. 7-10, 2012 Email chain between B. Wulff and T. Kurth | A | 1-3 |
| Mar. 3-12, 2012 Email chain between A. Spital and K. Blase | B | 4-6 |

Dated:  March 20, 2012

Respectfully submitted,

WILLKIE FARR & GALLAGHER LLP

By:  /s/Roger Netzer
Roger Netzer
Mary Eaton
787 Seventh Avenue
New York, NY  10019-6099
rnetzer@willkie.com
Tel: (212) 728-8000
Fax: (212) 728-8111

SHACKELFORD, MELTON & MCKINLEY LLP
Bart Wulff
State Bar No. 22086100
3333 Lee Parkway, Tenth Floor
Dallas, TX  75219
BWULFF@shacklaw.net
Tel: (214) 780-1400
Fax: (214) 780-1401

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true copy of the foregoing is being served electronically via ECF on all counsel of record on the 20th day of March 2012.

                                                             /s/Kennon Scott
                                                            Kennon Scott

# Exhibit A

**From:** Kurth, Thomas E.[SMTP:THOMAS.KURTH@HAYNESBOONE.COM]
**Sent:** Friday, February 10, 2012 4:22:29 PM
**To:** Bart Wulff
**Cc:** Netzer, Roger
**Subject:** RE: Hoffman v. L&M Arts, et al - - - - Trial Setting
**Auto forwarded by a Rule**


I will represent to the court in the certificate of conference that plaintiff is not willing to postpone the trial date. If you wish to add anything more, you can do so.

Tom K.


**haynes*boone***
**Thomas E. Kurth**
Partner
thomas.kurth@haynesboone.com

**Haynes and Boone, LLP**
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673

(t) 214.651.5621
(f) 214.200.0506
(m) 214.215.0481

vCard | Bio | Website

---

**From:** Bart Wulff [mailto:BWULFF@shacklaw.net]
**Sent:** Fri 2/10/2012 9:49 AM
**To:** Kurth, Thomas E.
**Cc:** Netzer, Roger
**Subject:** RE: Hoffman v. L&M Arts, et al - - - - Trial Setting

Tom:
I've talked your request over with my colleagues and client. The answer is as follows:
We are happy with the current trial setting and have no desire to move it.
We agreed to move it to October but you have declined that based on an unspecified scheduling conflict of an unspecified lawyer.
You have asked us to agree to move the trial to December 3. We prefer the current trial setting but we have no conflict that would prevent us from trying it at that time.
We would also be willing to consider a joint request to the court to move the trial to any earlier date that would work for the defense group but would obviously have to check our schedules before agreeing to that.
If you wish to move the court to amend the scheduling order to change the trial date you can represent to the court that our position is as set forth above.
Thanks,
Bart

1

App. 2

**From:** Kurth, Thomas E. [mailto:Thomas.Kurth@haynesboone.com]
**Sent:** Tuesday, February 07, 2012 4:06 PM
**To:** Bart Wulff
**Subject:** Hoffman v. L&M Arts, et al - - - - Trial Setting

Bart, the folks at Cleary advised me today that their dance card is already full in October. May I suggest that the trial be postponed less than a month, to begin on December 3. Cleary and L&M's counsel are agreeable to that schedule. Please advise as to y'alls disposition on that proposal.

Tom K.


haynes*boone*
**Thomas E. Kurth**
Partner
thomas.kurth@haynesboone.com

**Haynes and Boone, LLP**
2323 Victory Avenue
Suite 700
Dallas, TX 75219-7673

(t) 214.651.5621
(f) 214.200.0506
(m) 214.215.0481

vCard | Bio | Website

CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by
U.S. Treasury Regulations, Haynes and Boone, LLP informs you that any
U.S. tax advice contained in this communication (including any
attachments) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential,
may be privileged and should be read or retained only by the intended
recipient. If you have received this transmission in error, please
immediately notify the sender and delete it from your system.

CIRCULAR 230 NOTICE: To ensure compliance with requirements imposed by
U.S. Treasury Regulations, Haynes and Boone, LLP informs you that any
U.S. tax advice contained in this communication (including any
attachments) was not intended or written to be used, and cannot be
used, for the purpose of (i) avoiding penalties under the Internal
Revenue Code or (ii) promoting, marketing or recommending to another
party any transaction or matter addressed herein.

CONFIDENTIALITY NOTICE: This electronic mail transmission is confidential,
may be privileged and should be read or retained only by the intended
recipient. If you have received this transmission in error, please
immediately notify the sender and delete it from your system.

# Exhibit B

| | |
|---|---|
| **From:** | Blase, Kristie [Kristie.Blase@srz.com] |
| **Sent:** | Monday, March 12, 2012 6:16 PM |
| **To:** | Spital, Andrew |
| **Cc:** | Jonathan BLACKMAN; Howard ZELBO; David H Herrington; Melissa K Marler; Jamie Rietema; Esti Tambay; kschwarz@jw.com; Kurth, Thomas E.; Abrahams, Robert; White, Will; Netzer, Roger; Eaton, Mary; bwulff@shacklaw.net |
| **Subject:** | RE: Hoffman: Motion to Continue the Trial Setting |

Andy,

To respond to your questions:

First, we do not have any agreement with Tobias Meyer to attend the trial. As we noted in our motion, Tobias Meyer is a potential witness in this case. Because of the fall Sotheby's auction, he would not be able to attend the trial as currently scheduled. Plaintiff is welcome to work with Mr. Meyer to agree to dates that he would be able to attend a trial in this matter.

Second, Jonathan Blackman and David Herrington from Cleary will be attending the October 2012 hearing before the London Court of International Arbitration. The tribunal notified counsel by email on January 11 and by letter on January 12 that the hearing would take place on those dates. The tribunal also informed them that this was the only week in the fall and winter of 2012 that would work for the tribunal. This conflict makes moving the trial to October impossible. Finally, Jonathan Blackman from Cleary will be attending the Paris arbitration hearing in September 2012, in a matter in which he represents the Russian Federation. The hearing was scheduled in September 2011, well before we received Judge Fitzwater's order setting the November trial date. This conflict makes moving the trial to September impossible, and again demonstrates why an earlier setting is not possible.

Regards,
Kristie


Kristie M. Blase
Associate
212.756.2466 | kristie.blase@srz.com

Schulte Roth & Zabel LLP
919 Third Avenue
New York, New York 10022
212.756.2000 (main) | 212.593.5955 (fax) | www.srz.com

---

**From:** Spital, Andrew [mailto:ASpital@willkie.com]
**Sent:** Saturday, March 03, 2012 1:15 PM
**To:** Blase, Kristie
**Cc:** Jonathan BLACKMAN; Howard ZELBO; David H Herrington; Melissa K Marler; Jamie Rietema; Esti Tambay; kschwarz@jw.com; Kurth, Thomas E.; Abrahams, Robert; White, Will; Netzer, Roger; Eaton, Mary; bwulff@shacklaw.net
**Subject:** Hoffman: Motion to Continue the Trial Setting

Dear Kristie,

L&M's motion to continue the trial setting raises some scheduling concerns of which we had been previously unaware. It would help us consider them if you would elaborate on the following:

1

1. It appears from the motion that defendants have procured Tobias Meyer's commitment to attend the trial in person. Can you tell us the details of your agreement with him? What assurance can you offer the Court that he will appear at any adjourned date?

2. Lead counsel for defendants Studio Capital and David Martinez have a previously scheduled one week hearing in London in an international arbitration before the London Court of International Arbitration during the week of October 22-26. When was the hearing scheduled? Which individual attorneys for Studio Capital and Mr. Martinez have this conflict?

3. Lead counsel for defendants Studio Capital and David Martinez also have a one-week arbitration hearing in Paris on another matter the week of September 18, 2012. When was it scheduled? Which individual attorneys for Studio Capital and Mr. Martinez have this conflict?

Thanks,
Andy

Andy Spital
Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019
Phone: (212) 728-8756
Fax: (212) 728-9756

****************************************************************************
U.S. Treasury Circular 230 Notice: Any U.S. federal tax advice included in this
communication was not intended or written to be used, and cannot be used, for the
purpose of avoiding U.S. federal tax penalties.
****************************************************************************


NOTICE

This e-mail message is intended only for the named recipient(s) above. It may
contain confidential information that is privileged or that constitutes attorney
work product.  If you are not the intended recipient, you are hereby notified that
any dissemination, distribution or copying of this e-mail and any attachment(s) is
strictly prohibited.  If you have received this e-mail in error, please immediately
notify the sender by replying to this e-mail and delete the message and any
attachment(s) from your system.  Thank you.
========================================================================