IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARGUERITE HOFFMAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-CV-00953-D (BF) |
| | § | |
| **L&M ARTS, DAVID MARTINEZ and** | § | |
| **STUDIO CAPITAL, INC.,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the District Court's Orders of Reference, Defendants Studio Capital, Inc. and David Martinez's Fourth Motion to Compel (doc. 142), filed on October 19, 2011, Plaintiff's Sealed Motion to Compel Defendant L&M Arts to Produce Documents (doc. 101), filed on August 19, 2011, Plaintiff's Sealed Motion to Compel Defendants Martinez and Studio Capital, Inc. to Produce Documents (doc. 110), filed on August 26, 2011, Plaintiff's Sealed Motion to Compel Defendant L&M Arts to Comply With Its Discovery Obligations (doc. 163), filed on December 9, 2011, and Plaintiff's Sealed Motion to Compel Defendants Studio Capital and David Martinez to Produce All Documents (doc. 175), filed on January 12, 2012, were referred to the United States Magistrate Judge.

After receipt of letters from Plaintiff's counsel and Defendants' counsel, the Court finds that another hearing is necessary. These motions will be set for hearing on **MONDAY, APRIL 2, 2012, at 9:00 A.M.,** in United States Magistrate Judge's Courtroom 1561, 1100 Commerce Street, Dallas, Texas.

SO ORDERED, March 22, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE