IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| VS. | § | |
| | § | |
| L&M ARTS, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER OF REFERENCE**

Pursuant to 28 U.S.C. § 636(b)(1)(A), plaintiff's March 22, 2012 sealed motion to compel defendants Studio Capital and David Martinez to produce documents concerning art transactions is REFERRED to United States Magistrate Judge Paul D. Stickney for determination. He may conduct a hearing if he determines that a hearing is necessary.

This order of reference also prospectively refers all procedural motions (*e.g.*, to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the United States Magistrate Judge's resolution of the motion.

**SO ORDERED**.

March 23, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE