IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:10-cv-0953-D |
| L&M ARTS, DAVID MARTINEZ | § | |
| and STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Having duly considered Defendant L&M Arts's Emergency Motion for Protective Order, the Court concludes that the motion should be GRANTED.

It is ORDERED that Plaintiff Marguerite Hoffman's Notice of Deposition commanding the deposition of Robert Mnuchin on March 27, 2012 at 9:30 a.m. is hereby **QUASHED**.

Signed this _____ day of _____, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

**ORDER**