In The United States District Court
For The Northern District Of Texas
Dallas Division

| | |
|---|---|
| Marguerite Hoffman, § § Plaintiff, § § v. § § L&M Arts, David Martinez and § Studio Capital, Inc., § § Defendants. § | Civil Action No. 3:10-cv-0953-D |

### DEFENDANTS STUDIO CAPITAL'S AND DAVID MARTINEZ'S JOINDER IN DEFENDANT L&M ARTS' EMERGENCY MOTION FOR PROTECTIVE ORDER

Defendants Studio Capital, Inc. and David Martinez join in L&M Arts' Emergency Motion for Protective Order, dated March 26, 2012 (Dkt. No. 206, the "Motion"), and submit that the Motion should be granted for the reasons set forth therein.

Dated: March 26, 2012

Respectfully submitted,

JACKSON WALKER L.L.P.

_/s/ Gordon M. Shapiro_
Gordon M. Shapiro
Texas Bar No. 18110600
Kurt Schwarz
Texas Bar No. 17871550
Stephanie C. Sparks
Texas Bar No. 24042900
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Jonathan I. Blackman (*pro hac vice*)
Howard S. Zelbo (*pro hac vice*)
David H. Herrington (*pro hac vice*)
Melissa K. Marler (*pro hac vice*)
Jamie R. Rietema (*pro hac vice*)
Esti T. Tambay (*pro hac vice*)
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

ATTORNEYS FOR DEFENDANTS
STUDIO CAPITAL, INC. AND DAVID MARTINEZ

**CERTIFICATE OF SERVICE**

The undersigned certifies that copies of the foregoing were served on the attorneys of record for all parties via the Court's ECF system.

*/s/ Kurt Schwarz*
Kurt Schwarz