IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-CV-00953-D (BF) |
| | § | |
| L&M ARTS, DAVID MARTINEZ and | § | |
| STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the District Court's Orders of Reference, Defendant L&M Arts's Emergency Motion for Protective Order (doc. 206), filed on March 26, 2012, was referred to the United States Magistrate Judge. At the request of counsel and due to the urgency of this motion, it will be set for hearing, along with the other pending motions, on **MONDAY, APRIL 2, 2012, at 9:00 A.M.,** in United States Magistrate Judge's Courtroom 1561, 1100 Commerce Street, Dallas, Texas.

SO ORDERED, March 29, 2012.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE