IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-CV-00953-D (BF) |
| | § | |
| L&M ARTS, DAVID MARTINEZ and | § | |
| STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the District Court's Orders of Reference, Defendant L&M Arts's Emergency Motion for Protective Order (doc. 206), filed on March 26, 2012, was referred to the United States Magistrate Judge. This motion was heard at a hearing on Monday, April 2, 2012, wherein the parties indicated that they resolved the motion on their own. Thus, it is, hereby, ORDERED that the motion be DENIED as MOOT.

SO ORDERED, April 2, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE