IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| VS. | § | |
| | § | |
| L&M ARTS, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Defendant L&M Arts's ("L&M's") February 28, 2012 motion to continue the trial setting is granted.[1]  Having considered L&M's motion and plaintiff's opposition response, the court concludes that a short continuance is warranted to address conflicts involving L&M's principals and witnesses.  Accordingly, the trial of this civil action is continued to the two-week docket of December 3, 2012.[2]

**SO ORDERED.**

April 9, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

---

[1] The Civil Justice Expense and Delay Reduction Plan adopted by this court provides that "[e]ach judge will continue to give priority to the monitoring and resolution of pending motions." Plan at § XI(2), *reprinted in* Texas Rules of Court: Federal at 301 (West Pamp. Supp. 2012).  To eliminate undue delay and unnecessary expense to the parties to this and other civil actions pending on the court's docket, and because the court has determined that the motion is suitable for resolution in this manner, the court is deciding this motion by order rather than by a more detailed memorandum opinion.

[2] Plaintiff states in her opposition that she is available for trial in October or November. Because the court cannot try the case during those months, it is continuing the case to December.