IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:10-CV-0953-D |
| | § | |
| L&M ARTS, SOTHEBY'S, INC., | § | |
| TOBIAS MEYER, DAVID MARTINEZ, | § | |
| and STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION TO EXTEND TIME TO FILE REPLY
IN SUPPORT OF PLAINTIFF'S MOTION TO COMPEL**

Plaintiff Marguerite Hoffman ("Hoffman") files this Agreed Motion to Extend Time to File Reply in Support of Plaintiff's Motion to Compel, and shows the Court as follows:

1. On March 22, 2012, Hoffman filed Plaintiff's Sealed Motion to Compel Defendants Studio Capital and David Martinez to Produce Documents Concerning Other Art Transactions (the "Motion"), together with a sealed Appendix in support of the Motion [Dkt. Nos. 203 and 204].

2. On April 12, 2012, Defendants Studio Capital and David Martinez filed their Response to the Motion [Dkt. No. 219].

3. Counsel for Hoffman, Studio Capital and David Martinez agree to an extension of the deadline for Hoffman to file her reply in support of the Motion to April 27, 2012.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Marguerite Hoffman prays that this Court grant her until April 27, 2012, to file her reply in support of the Motion.

        SHACKELFORD, MELTON & MCKINLEY LLP

        By:   */s/ Brian P. Shaw*
            Bart Wulff
            State Bar No. 22086100
            Brian P. Shaw
            State Bar No. 24053473
            3333 Lee Parkway, Tenth Floor
            Dallas, TX  75219
            BWULFF@shacklaw.net
            BSHAW@shacklaw.net
            Tel: (214) 780-1400
            Fax:  (214) 780-1401

        WILLKIE FARR & GALLAGHER LLP

            Roger Netzer
            Mary Eaton
            Deirdre Hykal
            787 Seventh Avenue
            New York, NY  10019-6099
            rnetzer@willkie.com
            Tel: (212) 728-8000
            Fax: (212) 728-8111

        *Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

On April 26, 2012, Stephen Vogel, counsel for Marguerite Hoffman, conferred with David H. Herrington, counsel for Studio Capital and David Martinez, who agrees to the relief requested in this motion.

        */s/ Brian P. Shaw*
        Brian P. Shaw

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing is being served electronically via ECF on all counsel of record on the 26th day of April 2012.

        */s/ Brian P. Shaw*
        Brian P. Shaw