IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:10-CV-0953-D |
| | § | |
| L&M ARTS, DAVID MARTINEZ, | § | |
| and STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

**AGREED MOTION TO EXTEND TIME TO FILE OPPOSITION TO
DEFENDANT STUDIO CAPITAL INC.'S MOTION FOR PROTECTIVE ORDER**

Plaintiff Marguerite Hoffman files this Agreed Motion to Extend Time to File Opposition to Defendant Studio Capital Inc.'s Motion for Protective Order, and shows the Court as follows:

1. On April 23, 2012, Defendant Studio Capital filed a Motion for Protective Order [Dkt. No. 221] (the "Motion").

2. Counsel for Plaintiff and counsel for Defendant Studio Capital agree to an extension of the deadline for Plaintiff to file her opposition to the Motion to May 16, 2012.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Marguerite Hoffman prays that this Court grant her until May 16, 2012, to file her opposition to the Motion.

May 14, 2012                                Respectfully submitted,

                                            WILLKIE FARR & GALLAGHER LLP

                                            By:  _/s/Roger Netzer_____
                                                Roger Netzer
                                                Mary Eaton
                                                787 Seventh Avenue
                                                New York, NY  10019-6099
                                                rnetzer@willkie.com
                                                Tel: (212) 728-8000
                                                Fax: (212) 728-8111

                                            SHACKELFORD, MELTON & MCKINLEY LLP
                                               Bart Wulff
                                               State Bar No. 22086100
                                               3333 Lee Parkway, Tenth Floor
                                               Dallas, TX  75219
                                               BWULFF@shacklaw.net
                                               Tel: (214) 780-1400
                                               Fax: (214) 780-1401

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing is being served electronically via ECF on all counsel of record on the 14th day of May, 2012.

/s/ Ian Christy
Ian Christy

## CERTIFICATE OF CONFERENCE

This is to certify that on May 13, 2012, the undersigned conferred with David Herrington and Gordon Shapiro, counsel for Defendant Studio Capital, who agree to the relief requested in this motion.

/s/ Roger Netzer
Roger Netzer