IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:10-cv-0953-D |
| L&M ARTS, DAVID MARTINEZ and STUDIO CAPITAL, INC., | | |
| Defendants. | | |

**APPENDIX TO**
**DEFENDANT L&M ARTS'S SEALED MOTION FOR PROTECTIVE ORDER**

Thomas E. Kurth
Texas Bar No. 11768500
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
214-651-5000 Telephone
214-651-5690 Facsimile
thomas.kurth@haynesboone.com

Of Counsel
Robert M. Abrahams (pro hac vice)
New York Bar No. 1236538
Kristie M. Blase (pro hac vice)
New York Bar No. 4526448
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022
212-756-2000 Telephone
212-593-5955 Facsimile
robert.abrahams@srz.com
kristie.blase@srz.com

**ATTORNEYS FOR DEFENDANT L&M ARTS**

Defendant L&M Arts ("L&M") submits this Appendix in Support of its Emergency Motion for Protective Order.

## APPENDIX

| Exhibit | Description | APP No. |
|---|---|---|
| A | Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) | 1 - 20 |
| B | April 25, 2012 Letter from Blase at Schulte Roth & Zabel, LLP to Netzer at Wilkie Farr & Gallagher, LLP | 21 - 23 |
| C | May 8, 2012 Letter from Blase at Schule Roth & Zabel, LLP to Eaton at Wilkie Farr & Gallagher LLP | 24 |
| D | May 11, 2012 letter from Blase at Schulte Roth & Zabel, LLP to Eaton at Wilkie Farr & Gallagher, LLP | 25 - 30 |
| E | Excerpts from the Videotaped Deposition of Dominque Levy dated March 5, 2012 | 31 – 33 |
| F | Excertps from the Videotaped Deposition of Robert E. Mnuchin dated April 19, 2012 | 34 - 36 |

Respectfully submitted,

*/s/* Thomas E. Kurth
Thomas E. Kurth
Texas Bar No. 11768500
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
214-651-5000 Telephone
214-651-5690 Facsimile
thomas.kurth@haynesboone.com

Robert M. Abrahams (pro hac vice)
New York Bar No. 1236538
Kristie M. Blase (pro hac vice)
New York Bar No. 4526448
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
212-756-2000 Telephone
212-593-5955 Facsimile
robert.abrahams@srz.com
kristie.blase@srz.com

## CERTIFICATE OF SERVICE

On May 15, 2012, I electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. Notice of this filing will be sent to the attorneys of record for all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Thomas E. Kurth
Thomas E. Kurth