IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:10-cv-0953-D |
| L&M ARTS, DAVID MARTINEZ | § | |
| and STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Having duly considered Defendant L&M Arts's Sealed Motion for Protective Order, and the applicable law, the Court concludes that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the scope of the topics to be examined by Plaintiff's counsel during the deposition of L&M Arts's witness pursuant to Plaintiff's Amended Notice of Deposition Pursuant to Fed. R. Civ. P. 30(b)(6) (the "Notice") shall exclude all topics listed in Schedule A of the Notice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the scope of the topics to be examined by Plaintiff's counsel during the deposition of L&M Arts's witness pursuant to Schedule B of the Notice shall be limited to L&M Arts's document retention and collection efforts for this case and its electronic and physical filings systems.

IT IS ALSO ORDERED, ADJUDGED, AND DECREED that Plaintiff is required to pay L&M Arts's expenses, including attorneys' fees, incurred in making the Motion.

SO ORDERED.

SIGNED this _____ day of _____, 2012.

                                                 _____
SIDNEY A. FITZWATER
CHIEF JUDGE

ORDER