IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| VS. | § | |
| | § | |
| L&M ARTS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b)(1)(A), plaintiff's May 16, 2012 sealed cross-motion to compel the deposition of Nathalie Sutter is REFERRED to United States Magistrate Judge Paul D. Stickney for determination. He may conduct a hearing if he determines that a hearing is necessary.

This order of reference also prospectively refers all procedural motions (*e.g.*, to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the United States Magistrate Judge's resolution of the motion.

**SO ORDERED**.

May 18, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE