IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 3:10-cv-0953-D |
| L&M ARTS, DAVID MARTINEZ | § | |
| and STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Having duly considered Defendant L&M Arts's Motion for Leave to File Under Seal, the Stipulated Protective Order (Docket No. 88), and the applicable law, the Court concludes that the motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that Defendant L&M Arts's Sealed Motion for Protective Order (Docket No. 230), together with its appendix in support thereof, shall be placed under seal.

SO ORDERED.

SIGNED this 22nd day of May, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE