IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No.  3:10-CV-00953-D (BF) |
| | § | |
| L&M ARTS, DAVID MARTINEZ and | § | SEALED |
| STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to the District Court's Orders of Reference, Defendants' Studio Capital, Inc. and David Martinez ("Defendants") Fourth Motion to Compel (doc. 86, "Motion"), filed on October 19, 2011, was referred to the United States Magistrate Judge.  This Motion was heard at a hearing on Thursday, January 26, 2012, and again, briefly, on Monday, April 2, 2012.  The documents sought to be compelled in the Motion were submitted by the Plaintiff for in-camera review.  The Court finds that while Defendants may be correct in their argument regarding Plaintiff's waiver of privilege, the documents sought are not relevant and discoverable.  Thus, it is, hereby, ORDERED that Defendants' Motion be DENIED. Furthermore, if there are any future documents that Defendants seek Plaintiff to produce, a proper motion must be filed with the Court.

SO ORDERED, May 29, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE