In The United States District Court
For The Northern District Of Texas
Dallas Division

| | | |
|---|---|---|
| Marguerite Hoffman, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-cv-0953-D |
| | § | |
| L&M Arts, David Martinez and | § | |
| Studio Capital, Inc., | § | |
| | § | |
| Defendants. | § | |

**REVISED JOINT STATUS REPORT**

Pursuant to the Court's November 1, 2011 Amended Scheduling Order, Defendants

hereby submit the following revised joint estimate of trial length and status report.

**Estimate of Trial Length:**

Plaintiff estimates that the trial will take two weeks, and Defendants estimate that the trial

will take no more than two weeks and may take less than two weeks.

**Status Report:**

1. Discovery.

The parties have completed discovery with the following exceptions:

a.      The 30(b)(6) depositions of Defendants Studio Capital, Inc. and L&M

Arts have not been taken because those parties filed motions for protective order which have not

yet been resolved by the Magistrate Judge (see Dkt. Nos. 221 and 230). The deposition of

Nathalie Sutter has not been taken because it is subject to a pending motion to compel filed by

Plaintiff (see Dkt. No. 231). Plaintiff's position is that Ms. Sutter is Studio Capital's "managing

agent," and Studio Capital's position is that she is not. Studio Capital has not produced her for a

deposition in New York but has offered to make her available for deposition in Switzerland pursuant to the Hague Convention.

b.     Various document discovery disputes have been submitted to the Magistrate Judge, but remain unresolved.  Once those motions are resolved, additional fact discovery may be necessary.

c.     Because of scheduling difficulties in May, the parties have agreed that the depositions of the three expert witnesses will occur in June.

2.     Pleading.

As previously disclosed, Plaintiff intends to seek leave to file a third amended complaint updating the Plaintiff's allegations to reflect the results of fact discovery.  A draft will be circulated to the Defendants this week and shortly thereafter to the Court either as an agreed or opposed amendment.  Plaintiff does not anticipate that any additional discovery will be needed as a result of the amended complaint.  Defendants' position is that Plaintiff may not file a further amended complaint because the deadline for moving to amend pleadings was October 1, 2011, and in any event Defendants contend it is inappropriate for Plaintiff to file an amended complaint after the close of discovery.

3.     Settlement.

Regarding settlement, Plaintiff has proposed to the Defendants that the parties attempt to resolve Plaintiff's claims through mediation.  More specifically, Plaintiff has proposed that the parties exchange the names of mediators acceptable to them as a first step toward selecting a mediator.  Defendants have this proposal under consideration.

Dated: May 30, 2012                    Respectfully submitted,


                                       _/s/_ Thomas E. Kurth_____
                                       Thomas E. Kurth
                                       Texas Bar No. 11768500
                                       HAYNES AND BOONE, LLP
                                       2323 Victory Avenue, Suite 700
                                       Dallas, Texas  75219
                                       214-651-5000 Telephone
                                       214-651-5690 Facsimile
                                       thomas.kurth@haynesboone.com

                                       Robert M. Abrahams (pro hac vice)
                                       New York Bar No. 1236538
                                       Kristie M. Blase (pro hac vice)
                                       New York Bar No. 4526448
                                       SCHULTE ROTH & ZABEL LLP
                                       919 Third Avenue
                                       New York, New York  10022
                                       212-756-2000 Telephone
                                       212-593-5955 Facsimile
                                       robert.abrahams@srz.com
                                       kristie.blase@srz.com

                                       **ATTORNEYS FOR DEFENDANT L&M ARTS**

JACKSON WALKER L.L.P.

/s/ Gordon M. Shapiro
Gordon M. Shapiro
Texas Bar No. 18110600
Kurt Schwarz
Texas Bar No. 17871550
Stephanie C. Sparks
Texas Bar No. 24042900
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Jonathan I. Blackman (*pro hac vice*)
Howard S. Zelbo (*pro hac vice*)
David H. Herrington (*pro hac vice*)
Melissa K. Marler (*pro hac vice*)
Jamie L. Rietema (*pro hac vice*)
Esti T. Tambay (*pro hac vice*)
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

**ATTORNEYS FOR DEFENDANTS STUDIO
CAPITAL, INC. AND DAVID MARTINEZ**

## CERTIFICATE OF CONFERENCE

On the afternoon of May 30, 2012, Plaintiff submitted a draft status report to Defendants. Defendants responded with their comments.  Plaintiff submitted a revised draft that incorporated some, but not all, of Defendants' comments.  Defendants responded with additional comments and reiterated their previous comments.  A status report that did not incorporate all the Parties' comments was inadvertently filed.  Defendants believe that this Revised Joint Status Report incorporates all of the Parties' comments.

/s/ Thomas E. Kurth

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing is being served on counsel of record for all parties via the Court's ECF system.

/s/ Thomas E. Kurth

DOC ID-18651024.1