IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGUERITE HOFFMAN, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 3:10-CV-0953-D |
| § | |
| L&M ARTS, DAVID MARTINEZ, § | |
| and STUDIO CAPITAL, INC., § | |
| § | |
| Defendants. § | |

**AGREED MOTION TO EXTEND TIME TO FILE OPPOSITION TO
DEFENDANT L&M ARTS' MOTION FOR PROTECTIVE ORDER**

Plaintiff Marguerite Hoffman files this Agreed Motion to Extend Time to File Opposition to Defendant L&M Arts' Motion for Protective Order, and shows the Court as follows:

1. On May 15, 2012, Defendant L&M Arts filed a Motion for Protective Order [Dkt. No. 230] (the "Motion").

2. Counsel for Plaintiff and counsel for Defendant L&M Arts agree to an extension of the deadline for Plaintiff to file her opposition to the Motion to June 7, 2012.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Marguerite Hoffman prays that this Court grant her until June 7, 2012, to file her opposition to the Motion.

June 5, 2012                              Respectfully submitted,

                                          WILLKIE FARR & GALLAGHER LLP


                                            By:  _/s/Roger Netzer_____
                                                Roger Netzer
                                                Mary Eaton
                                                787 Seventh Avenue
                                                New York, NY  10019-6099
                                                rnetzer@willkie.com
                                                Tel: (212) 728-8000
                                                Fax: (212) 728-8111


                                          SHACKELFORD, MELTON & MCKINLEY LLP
                                                Bart Wulff
                                                State Bar No. 22086100
                                                3333 Lee Parkway, Tenth Floor
                                                Dallas, TX  75219
                                                BWULFF@shacklaw.net
                                                Tel: (214) 780-1400
                                                Fax: (214) 780-1401

                                          *Attorneys for Plaintiff*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true copy of the foregoing is being served electronically via ECF on all counsel of record on the 5th day of June, 2012.

    /s/ Ian Christy_____
Ian Christy

**CERTIFICATE OF CONFERENCE**

This is to certify that on June 5, 2012, the undersigned conferred with Kristie Blase and Thomas Kurth, counsel for Defendant L&M Arts, who agree to the relief requested in this motion.

    /s/  Roger Netzer_____
Roger Netzer