IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| Plaintiff, | § § § | |
| v. | § § | No. 3:10-CV-00953-D (BF) |
| L&M ARTS, DAVID MARTINEZ and STUDIO CAPITAL, INC., | § § § § | SEALED |
| Defendants. | § | |

### ORDER

Pursuant to the District Court's Orders of Reference, Defendant L&M Arts' Motion for Protective Order (doc. 230) was referred to the United States Magistrate Judge. Before the Court is Plaintiff's Agreed Motion to Extend Time to File Opposition to Defendant L&M Arts' Motion for Protective Order (doc. 249, "Motion"), filed on June 5, 2012. This Motion is unopposed and thus the Court GRANTS the Motion. It is, hereby, ORDERED that Plaintiff shall have an extension until June 7, 2012, in which to file her response to Defendant L&M Arts' Motion for Protective Order.

SO ORDERED, June 8, 2012.

_____
PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE