In The United States District Court
For The Northern District Of Texas
Dallas Division

| | | |
|---|---|---|
| Marguerite Hoffman, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:10-cv-0953-D |
| L&M Arts, David Martinez and Studio Capital, Inc., | § § § § | |
| Defendants. | § | |

## ORDER GRANTING AGREED EXPEDITED MOTION TO AMEND THE SCHEDULING ORDER

The foregoing agreed expedited motion to amend the scheduling order, having been presented to this Court, is hereby GRANTED. The Court amends the scheduling order to extend the deadline to file motions for summary judgment and all other motions not otherwise covered until July 13, 2012.

Dated this 27th day of June, 2012.

*[signature]*
~~U.S. District Judge~~
SIDNEY A. FITZWATER
CHIEF JUDGE