IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:10-cv-0953-D |
| L&M ARTS, DAVID MARTINEZ and STUDIO CAPITAL, INC., | § § § § | |
| Defendants. | § | |

### DEFENDANT L&M ARTS'S JOINDER IN DEFENDANTS DAVID MARTINEZ'S AND STUDIO CAPITAL INC.'S SEALED EMERGENCY MOTION TO QUASH AND FOR PROTECTIVE ORDER

Defendant L&M Arts joins in David Martinez's and Studio Capital Inc.'s Sealed Emergency Motion to Quash and for Protective Order, dated July 10, 2012 (Docket No. 274, the "Motion"), and submit that the Motion should be granted for the reasons set forth therein.

1

Dated: July 10, 2012                                  Respectfully submitted,

                                                      */s/ Thomas E. Kurth*
                                                      Thomas E. Kurth
                                                      Texas Bar No. 11768500
                                                      HAYNES AND BOONE, LLP
                                                      2323 Victory Avenue, Suite 700
                                                      Dallas, Texas  75219
                                                      214-651-5000 Telephone
                                                      214-651-5690 Facsimile
                                                      thomas.kurth@haynesboone.com

                                                      Of Counsel
                                                      Robert M. Abrahams (pro hac vice)
                                                      New York Bar No. 1236538
                                                      Kristie M. Blase (pro hac vice)
                                                      New York Bar No. 4526448
                                                      SCHULTE ROTH & ZABEL LLP
                                                      919 Third Avenue
                                                      New York, New York  10022
                                                      212-756-2000 Telephone
                                                      212-593-5955 Facsimile
                                                      robert.abrahams@srz.com
                                                      kristie.blase@srz.com

                                                      **ATTORNEYS FOR DEFENDANT L&M ARTS**

**CERTIFICATE OF SERVICE**

On July 10, 2012, I electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  Notice of this filing will be sent to the attorneys of record for all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                      */s/ Thomas E. Kurth*
                                                      Thomas E. Kurth