IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-cv-0953-D |
| | § | |
| L&M ARTS, DAVID MARTINEZ | § | |
| and STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT L&M ARTS'S JOINDER IN DEFENDANTS STUDIO CAPITAL'S AND DAVID MARTINEZ'S SEALED MOTION TO STRIKE "SUPPLEMENTAL" EXPERT REPORT OF VICTOR WIENER**

Defendant L&M Arts joins in Studio Capital Inc.'s and David Martinez's Sealed Motion to Strike "Supplemental" Expert Report of Victor Wiener, dated July 11, 2012 (Docket No. 277, the "Motion"), and submit that the Motion should be granted for the reasons set forth therein.

1

Dated:  July 11, 2012                              Respectfully submitted,

                */s/ Thomas E. Kurth*
                Thomas E. Kurth
                Texas Bar No. 11768500
                HAYNES AND BOONE, LLP
                2323 Victory Avenue, Suite 700
                Dallas, Texas  75219
                214-651-5000 Telephone
                214-651-5690 Facsimile
                thomas.kurth@haynesboone.com

                Of Counsel
                Robert M. Abrahams (pro hac vice)
                New York Bar No. 1236538
                Kristie M. Blase (pro hac vice)
                New York Bar No. 4526448
                SCHULTE ROTH & ZABEL LLP
                919 Third Avenue
                New York, New York  10022
                212-756-2000 Telephone
                212-593-5955 Facsimile
                robert.abrahams@srz.com
                kristie.blase@srz.com

              **ATTORNEYS FOR DEFENDANT L&M ARTS**

## CERTIFICATE OF SERVICE

  On July 11, 2012, I electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court.  Notice of this filing will be sent to the attorneys of record for all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                */s/ Thomas E. Kurth*
                Thomas E. Kurth