IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGUERITE HOFFMAN,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>L&M ARTS, SOTHEBY'S, INC.,<br>TOBIAS MEYER, DAVID MARTINEZ,<br>and STUDIO CAPITAL, INC.,<br><br>　　　　Defendants. | §<br>§<br>§<br>§<br>§ Civil Action No. 3:10-CV-0953-D<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

### AGREED MOTION TO EXTEND PAGE LIMIT FOR PLAINTIFF'S REPLY IN SUPPORT OF HER SEALED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT

COMES NOW, Plaintiff Marguerite Hoffman and files this her Agreed Motion to Extend Page Limit for Plaintiff's Sealed Reply Brief in Further Support of Her Motion for Leave to File Third Amended Complaint and for grounds therefor would show unto the Court the following:

　　　1.　　On June 7, 2012, Plaintiff filed her Sealed Motion for Leave to File Third Amended Complaint [Dkt. 252].

　　　2.　　On June 28, 2012, Defendant Studio Capital, Inc. and David Martinez filed their Sealed Opposition of Defendants Studio Capital, Inc. and David Martinez to Plaintiff's Sealed Motion for Leave to File Third Amended Complaint [Dkt. 269]. That opposition was seventeen pages long and was accompanied by a sixty-three page appendix.

　　　3.　　Later on June 28, 2012, Defendant L&M Arts filed its Sealed Response in Opposition to Plaintiff's Sealed Motion for Leave to File Third Amended Complaint [Dkt.

270]. That opposition was twenty-one pages in length and was accompanied by a fourteen page appendix.

4. Under Local Rule 7.2(c), Plaintiff's reply brief is limited to ten pages. In light of the voluminous arguments filed by the Defendants in opposition to the Motion, Plaintiff has found it difficult to adequately reply to all of the arguments made within her ten page page limit.

5. Accordingly, Plaintiff has requested Defendants' agreement that Plaintiff be allowed to file one consolidated fifteen page brief as her reply to both of the oppositions filed by Defendants. Jonathan Blackman has agreed to that request on behalf of Defendants Studio Capital and David Martinez and Tom Kurth has agreed to that request on behalf of Defendant L&M Arts.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Marguerite Hoffman prays that this Court grant her leave to file a fifteen page reply brief in support of her motion to file third amended complaint.

SHACKELFORD, MELTON & MCKINLEY LLP

By: _____
Bart Wulff
State Bar No. 22086100
3333 Lee Parkway, Tenth Floor
Dallas, TX 75219
BWULFF@shacklaw.net
Tel: (214) 780-1400
Fax: (214) 780-1401

WILLKIE FARR & GALLAGHER LLP

Roger Netzer
Mary Eaton
Deirdre Hykal
787 Seventh Avenue
New York, NY 10019-6099
rnetzer@willkie.com
Tel: (212) 728-8000
Fax: (212) 728-8111

*Attorneys for Plaintiff*

**CERTIFICATE OF CONFERENCE**

On July 11, 2012, Roger Netzer requested the Defendants agree to the relief requested in this Motion. Jonathan Blackman agreed on behalf of Defendants Studio Capital, Inc. and David Martinez and Tom Kurth agreed on behalf of Defendant L&M Arts.

_____
Bart Wulff

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing is being served electronically via ECF on all counsel of record on the 12th day of July 2012.

_____
Bart Wulff