IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGUERITE HOFFMAN, | § |
| | § |
| Plaintiff, | § |
| | § |
| vs. | § Civil Action No. 3:10-CV-0953-D |
| | § |
| L&M ARTS, SOTHEBY'S, INC., | § |
| TOBIAS MEYER, DAVID MARTINEZ, | § |
| and STUDIO CAPITAL, INC., | § |
| | § |
| Defendants. | § |

## AGREED MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' SEALED MOTION TO STRIKE "SUPPLEMENTAL" EXPERT REPORT OF VICTOR WEINER

COMES NOW, Plaintiff Marguerite Hoffman and files this her Agreed Motion to Extend Time to File Response to Defendants' Sealed Motion to Strike "Supplemental" Expert Report of Victor Weiner and for grounds therefor would show unto the Court the following:

1. On July 11, 2012, Defendants Studio Capital, Inc. and David Martinez filed their Sealed Motion to Strike "Supplemental" Expert Report of Victor Weiner [Docket No. 277].

2. Plaintiff's response is due August 1, 2012. Plaintiff requests additional time until August 3, 2012 to file her opposition to the motion.

3. David Herrington, counsel for Studio Capital, Inc. and David Martinez, agreed to this motion to extend Plaintiff's time to respond to August 3, 2012.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Marguerite Hoffman prays that this Court grant her until August 3, 2012 to file her response to the motion referenced above.

SHACKELFORD, MELTON & MCKINLEY LLP

By: /s/ Bart Wulff
Bart Wulff
State Bar No. 22086100
3333 Lee Parkway, Tenth Floor
Dallas, TX 75219
BWULFF@shacklaw.net
Tel: (214) 780-1400
Fax: (214) 780-1401

WILLKIE FARR & GALLAGHER LLP

Roger Netzer
Mary Eaton
787 Seventh Avenue
New York, NY 10019-6099
rnetzer@willkie.com
Tel: (212) 728-8000
Fax: (212) 728-8111

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

Roger Netzer requested an extension to August 3, 2012 to respond to Defendants' Sealed Motion to Strike "Supplemental" Expert Report of Victor Weiner. On July 31, 2012, David Herrington, counsel for Studio Capital, Inc. and David Martinez, sent an e-mail to Roger Netzer, counsel for Plaintiff in which Mr. Herrington agreed to the requested extension.

By: /s/ Bart Wulff
Bart Wulff

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing is being served electronically via ECF on all counsel of record on the 31st day of July 2012.

                                        By:  /s/ Bart Wulff
                                                      Bart Wulff