IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **MARGUERITE HOFFMAN,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 3:10-CV-0953-D |
| | § | |
| **L&M ARTS, SOTHEBY'S, INC.,** | § | |
| **TOBIAS MEYER, DAVID MARTINEZ,** | § | |
| and **STUDIO CAPITAL, INC.,** | § | |
| | § | |
| Defendants. | § | |

ORDER GRANTING AGREED MOTION TO EXTEND TIME
TO FILE RESPONSE TO DEFENDANTS' SEALED MOTION TO STRIKE
"SUPPLEMENTAL" EXPERT REPORT OF VICTOR WEINER

The foregoing agreed motion, having been presented to this Court, is hereby GRANTED. Plaintiff shall have until August 3, 2012 to file her response to Defendants' Sealed Motion to Strike "Supplemental" Expert Report of Victor Weiner [Docket 277].

**SO ORDERED**.

July 31, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE