In The United States District Court
For The Northern District Of Texas
Dallas Division

| | | |
|---|---|---|
| Marguerite Hoffman, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-cv-02295-D |
| | § | |
| L&M Arts, David Martinez and | § | |
| Studio Capital, Inc., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING AGREED MOTION TO EXTEND TIME TO FILE REPLY IN SUPPORT OF DEFENDANTS DAVID MARTINEZ'S AND STUDIO CAPITAL INC.'S MOTION FOR SUMMARY JUDGMENT**

Before the Court is Defendants David Martinez's and Studio Capital, Inc.'s Agreed Motion to Extend Time to File Reply in Support of Their Motion for Summary Judgment. The Court finds that the Motion has merit and should be, and hereby is, GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that Defendants David Martinez and Studio Capital, Inc. are granted until August 24, 2012, to file their Reply in support of their Motion for Summary Judgment.

Signed this  10th  day of August, 2012.

_____
HON. SIDNEY A. FITZWATER
CHIEF JUDGE

Order – Solo page