In The United States District Court
For The Northern District Of Texas
Dallas Division

| | | |
|---|---|---|
| Marguerite Hoffman, | § | |
| | § | |
| Plaintiff, | § | |
| | § | 3:10-CV-0953-D |
| v. | § | Civil Action No. ~~XXX-XX-02295-D~~ |
| | § | |
| L&M Arts, David Martinez and | § | |
| Studio Capital, Inc., | § | |
| | § | |
| Defendants. | § | |

### ORDER GRANTING AGREED MOTION TO EXTEND TIME
### TO FILE REPLY BRIEFS

Before the Court is the Agreed Motion to Extend Time to File Reply Briefs, filed by Defendants David Martinez and Studio Capital, Inc. with the consent of Plaintiff Marguerite Hoffman and Defendant L&M Arts. The Court finds that the Motion has merit and should be, and hereby is, GRANTED.

IT IS ORDERED, ADJUDGED, AND DECREED that all parties are granted until August 24, 2012, to file their reply briefs in support of their respective motions listed in the Agreed Motion to Extend Time to File Reply Briefs.

Signed this ___13th___ day of August, 2012.

_____
HON. SIDNEY A. FITZWATER
CHIEF JUDGE

Order – Solo page