IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGUERITE HOFFMAN, § <br> § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> L&M ARTS, SOTHEBY'S, INC., § <br> TOBIAS MEYER, DAVID MARTINEZ, § <br> and STUDIO CAPITAL, INC., § <br> § <br> Defendants. § | Civil Action No. 3:10-CV-0953-D |

## AGREED MOTION TO EXTEND TIME TO FILE
## REPLY ON PLAINTIFFS' MOTION TO COMPEL

Plaintiff Marguerite Hoffman ("Hoffman") files this Agreed Motion to Extend Time to File Reply on Plaintiffs' Motion to Compel L&M Arts to Product Documents Concerning the Consignment of the Red Rothko and Transactions Involving Works by Mark Rothko and to Compel Dominique Levy to Respond to Deposition Questions and Sealed Memorandum of Law in Support (the "Motion to Compel")[Doc. 302], and shows the Court as follows:

1.  On July 13, 2012, Hoffman filed the Motion to Compel.

2.  On August 3, 2012, Defendant L&M Arts filed its Response to the Motion to Compel. [Doc. 330].

3.  On August 13, 2012, the Court entered an order extending Hoffman's time to file her reply on the Motion to Compel to August 24, 2012.  [Doc. 343].

4.  Counsel for L&M Arts agreed to an extension of Hoffman's reply on the Motion to Compel until August 31, 2012.

WHEREFORE, PREMISES CONSIDERED, Plaintiff Marguerite Hoffman prays that this Court grant her an extension until August 31, 2012, to file her reply on the Motion to Compel.

Respectfully submitted,

SHACKELFORD, MELTON & MCKINLEY LLP

By:  /s/ Brian P. Shaw
   Bart Wulff
   State Bar No. 22086100
   Brian P. Shaw
   State Bar No. 24053473

3333 Lee Parkway, Tenth Floor
Dallas, TX  75219
bwulff@shacklaw.net
bshaw@shacklaw.net
Tel: (214) 780-1400
Fax: (214) 780-1401

WILLKIE FARR & GALLAGHER LLP

Roger Netzer
Mary Eaton
787 Seventh Avenue
New York, NY  10019-6099
rnetzer@willkie.com
Tel: (212) 728-8000
Fax: (212) 728-8111

Attorneys for Plaintiff

## CERTIFICATE OF CONFERENCE

    Roger Netzer requested an extension until August 31, 2012, from L&M Arts to file a reply on Hoffman's Motion to Compel.  Counsel for L&M Arts, Thomas Kurth, informed Mr. Netzer by phone that he agreed to the requested extension.

By:  /s/ Roger Netzer
   Roger Netzer

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a true copy of the foregoing is being served electronically via ECF on all counsel of record on the 21st day of August 2012.

By:   */s/ Brian P. Shaw*
       Brian P. Shaw