IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| VS. | § | |
| | § | |
| L&M ARTS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 24, 2012 defendant L&M Arts ("L&M") filed an appendix to its summary judgment reply brief. Because L&M did not first obtain leave of court to file the appendix, the court will not consider it in deciding L&M's summary judgment motion. *See Dethrow v. Parkland Health Hosp. Sys.*, 204 F.R.D. 102, 104 (N.D. Tex. 2001) (Fitzwater, J.) (holding that party may not file summary judgment reply appendix without first obtaining leave of court).

**SO ORDERED.**

August 28, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE