IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| VS. | § | |
| | § | |
| L&M ARTS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 24, 2012 plaintiff filed a supplemental appendix and defendants Studio Capital, Inc. and David Martinez filed an appendix to their summary judgment reply briefs. Because they did not first obtain leave of court to file the appendixes, the court will not consider them in deciding the summary judgment motions to which they apply. *See Dethrow v. Parkland Health Hosp. Sys.*, 204 F.R.D. 102, 104 (N.D. Tex. 2001) (Fitzwater, J.) (holding that party may not file summary judgment reply appendix without first obtaining leave of court).

**SO ORDERED.**

August 30, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE