**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

**ALTERNATIVE DISPUTE RESOLUTION SUMMARY**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number:   3:10-cv-953-D

2. Style of case:   Marguerite Hoffman v. L&M Arts, David Martinez & Studio Capital

3. Nature of suit:   Breach of Contract

4. Method of ADR used:   Ξ Mediation   ☐ Mini-Trial   ☐ Summary Jury Trial

5. Date ADR session was held: 8/27-28/12

6. Outcome of ADR (*Select one*):

   ☐ Parties did not use my services.            ☐ Settled, in part, as a result of ADR.

   ☐ Settled as a result of ADR.                 ☐ Parties were unable to reach settlement.

   Ξ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: $8,250

8. Duration of ADR: 2 day (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

   (Provider)                                    Robert Mnuchin, L&M

   Marguerite Hoffman                            David Martinez, Studio Capital

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    Earl. F. Hale, Jr.                           Sept. 2, 2012
    Signature                                    Date

    4144 N. Central Expwy., Ste. 225, 75204      214-515-0199
    Address                                      Telephone

**Alternative Dispute Resolution Summary**
*Continued*

Please provide the names, addresses, and telephone numbers of counsel:

Name:  Bart Wulff

Firm:  Shackelford Melton McKinley

Address: 3333 Lee Pkwy, 10th Floor

   Dallas, TX 75219

Phone:  214-780-1400

Name:  Robert Netzer

Firm:  Wilkie Farr

Address: 789 7th Ave, 24th Floor

   NY, NY

Phone: _____

Name:  Tom Kurth

Firm:  Haynes & Boone

Address: 2323 Victory Ave, Ste. 700

   Dallas, TX 75219

Phone: 214-651-5621

Name:  Bill Zabel

Firm:  Schulte Roth & Zabel

Address:  919 3rd Ave.

   NY, NY 10032

Phone: 212-728-8249

Name: Jonathan Blackman, David Herrington

Firm:  Cleary Gottlieb

Address: 1 Liberty Plz

   NY, NY 10006

Phone: 212-225-2452

Name: Howard Zelbo

Firm:  Cleary Gottlieb

Address: 1 Liberty Plz

   NY, NY 10006

Phone: 212-225-2452

Name: Gordon Shapiro, Kurt Schwarz

Firm:  Jackson Walker

Address: 901 Main St, Ste. 6000

   Dallas, TX 75202

Phone: 214-953-6000

Name: _____

Firm: _____

Address: _____

   _____

Phone: _____