IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:10-CV-0953-D |
| L&M ARTS, DAVID MARTINEZ and STUDIO CAPITAL, INC., | | |
| Defendants. | | |

**ORDER GRANTING SEALED AGREED MOTION FOR LEAVE TO FILE APPENDICES IN SUPPORT OF SUMMARY JUDGMENT REPLY BRIEFS**

The foregoing sealed agreed motion for leave to file summary judgment reply brief appendices, having been presented to this Court, is hereby GRANTED. The reply brief appendices filed by Plaintiff and Defendants in support of their summary judgment motions on August 24, 2012 (Dkt. Nos. 354, 349, and 352-1) are accepted and included as part of the summary judgment record for the Court's consideration in its disposition of the pending summary judgment motions. No further summary judgment briefs are to be filed.

Dated this 6th day of September, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE

AGREED:


*/s/ Bart Wulff*
Bart Wulff
Texas State Bar No. 220861000

SHACKELFORD, MELTON & MCKINLEY LLP
3333 Lee Parkway, 10th Floor
Dallas, Texas 75219
Telephone: (214) 780-1400
Facsimile: (214) 889-9715
*bwulff@shacklaw.net*

WILLKIE FARR & GALLAGHER LLP
Roger Netzer
Mary Eaton
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111
*rnetzer@willkie.com*

*Attorneys for Plaintiff Marguerite Hoffman*


*/s/ Kurt Schwarz*
Kurt Schwarz
Texas State Bar No. 17871550

JACKSON WALKER L.L.P.
901 Main Street, Suite 6000
Dallas, Texas 75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
*kschwarz@jw.com*

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Jonathan I. Blackman (*pro hac vice*)
Howard S. Zelbo (*pro hac vice*)
David H. Herrington (*pro hac vice*)
Melissa K. Marler (*pro hac vice*)
Jamie L. Rietema (*pro hac vice*)
Esti T. Tambay (*pro hac vice*)
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
*jblackman@cgsh.com*

*Attorneys for Defendants*
*David Martinez and Studio Capital, Inc.*


*/s/ Thomas E. Kurth*
Thomas E. Kurth
Texas State Bar No. 11768500

HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219-7673
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
*thomas.kurth@haynesboone.com*

SCHULTE ROTH & ZABEL LLP
Robert M. Abrahams (pro hac vice)
New York Bar No. 1236538
Kristie M. Blase (pro hac vice)
New York Bar No. 4526448
919 Third Avenue
New York, New York 10022
212-756-2000 Telephone
212-593-5955 Facsimile
*robert.abrahams@srz.com*
*kristie.blase@srz.com*

*Attorneys for Defendant L&M Arts*