IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| VS. | § | |
| | § | |
| L&M ARTS, et al., | § | |
| | § | |
| Defendants. | § | |

### ORDER

Defendant L&M Arts' September 6, 2012 emergency motion for stay and protective order is denied.

**SO ORDERED.**

September 10, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE