In The United States District Court
For The Northern District Of Texas
Dallas Division

| | | |
|---|---|---|
| Marguerite Hoffman, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-cv-0953-D |
| | § | |
| L&M Arts, David Martinez and | § | |
| Studio Capital, Inc., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS STUDIO CAPITAL'S AND DAVID MARTINEZ'S JOINDER IN DEFENDANT L&M ARTS'S EMERGENCY MOTION TO AMEND SCHEDULING ORDER AND RESCHEDULE TRIAL SETTING**

Defendants Studio Capital, Inc. and David Martinez join in L&M Arts's

Emergency Motion under Federal Rule of Civil Procedure 16(b) and Local Rule 56.2(b) to

amend the Scheduling Order to permit Defendants to take additional discovery, to file a second

summary judgment motion and to reschedule the trial setting, dated September 28, 2012 (Dkt.

No. 372, the "Motion"), and submit that the Motion should be granted for the reasons set forth

therein.

Dated: September 28, 2012

Respectfully submitted,

JACKSON WALKER L.L.P.

_____/s/ Kurt Schwarz_____
Gordon M. Shapiro
Texas Bar No. 18110600
Kurt Schwarz
Texas Bar No. 17871550
Stephanie C. Sparks
Texas Bar No. 24042900
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822


CLEARY GOTTLIEB STEEN & HAMILTON LLP
Jonathan I. Blackman (*pro hac vice*)
Howard S. Zelbo (*pro hac vice*)
David H. Herrington (*pro hac vice*)
Melissa K. Marler (*pro hac vice*)
Jamie R. Rietema (*pro hac vice*)
Esti T. Tambay (*pro hac vice*)
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

ATTORNEYS FOR DEFENDANTS
STUDIO CAPITAL, INC. AND DAVID
MARTINEZ


## CERTIFICATE OF SERVICE

The undersigned certifies that copies of the foregoing were served on the attorneys of record for all parties via the Court's ECF system.


_____/s/ Kurt Schwarz_____
Kurt Schwarz

2