IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| VS. | § | |
| | § | |
| L&M ARTS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Any party who opposes defendant L&M Arts' ("L&M's") September 28, 2012 sealed emergency motion to amend scheduling order and reschedule trial setting—which has been joined by defendants Studio Capital, Inc. and David Martinez—must file a written response no later than Friday, October 5, 2012 at 5:00 p.m. Defendants may file reply briefs no later than Tuesday, October 9, 2012 at 5:00 p.m.

L&M must include in its reply brief an explanation for why the September 28, 2012 sealed emergency motion, and any reply brief that it files under seal, should not be unsealed, in whole or in part.

**SO ORDERED.**

October 1, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE