IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| VS. | § | |
| | § | |
| L&M ARTS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pending a final ruling on defendant L&M Arts' September 28, 2012 sealed emergency motion to amend scheduling order and reschedule trial setting, which has been joined by defendants Studio Capital, Inc. and David Martinez, the court vacates the December 3, 2012 trial setting in this case. The court will decide the motion to amend scheduling order and reschedule trial setting in due course and as promptly as possible. For planning purposes, the parties may assume that, regardless of the court's decision on the motion, the case will not be assigned to a trial docket prior to March 18, 2013, which is the court's next available civil docket.

**SO ORDERED.**

October 11, 2012.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE