In The United States District Court
For The Northern District Of Texas
Dallas Division

| | | |
|---|---|---|
| Marguerite Hoffman, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-cv-0953-D |
| | § | |
| L&M Arts, David Martinez and | § | |
| Studio Capital, Inc., | § | |
| | § | |
| Defendants. | § | |

**DEFENDANTS STUDIO CAPITAL'S, DAVID MARTINEZ'S AND L&M ARTS'S
RESPONSE TO COURT'S INQUIRY REGARDING CASE MANAGEMENT**

Defendants Studio Capital, Inc., David Martinez and L&M Arts (collectively,

"Defendants") hereby submit this response to this Court's inquiry regarding this case's

management, particularly regarding its trial setting and unresolved matters concerning possible

further expert discovery.

In its November 26, 2012 Order granting Defendants' motion for additional time to

conduct discovery on new matters raised in the Third Amended Complaint and continuing the

trial setting in this action to the two-week docket of Monday, August 19, 2013 (Dkt. No. 388),

the Court noted that "[b]ecause the court has reset this case to this docket without determining

whether counsel, their clients, or their witnesses have material conflicts – e.g., conflicting

settings in cases that are likely to be tried and prepaid vacations – counsel should alert the court

to such conflicts before seeking continuances in other cases, canceling vacations, or instructing

clients and witnesses to do so."  Id. at 4.

Defendants are available during this period but they have been advised that Plaintiff has a

prior personal commitment that would make it difficult for her to be available then, and she has

requested that the trial be held instead during the weeks of September 16-27, 2013.  Defendants are amenable to this change, if it is acceptable to the Court.

As another matter of case management, Defendants respectfully draw this Court's attention to their pending Sealed Motion to Strike the "Supplemental" Expert Report of Victor Wiener.  Motion to Strike, dated July 11, 2012 (Dkt. No. 277).  Given the Court's Order extending the discovery deadline to March 15, 2013, it would now be possible, if the Motion to Strike were denied, for Defendants to retain an appraisal expert to rebut the new opinions offered by Mr. Wiener in his belated "supplemental" report in an effort to mitigate the prejudice set forth in the Motion to Strike as a result of that belated submission.  Accordingly, Defendants respectfully request that the Court rule on the Motion to Strike, so that, if appropriate, Defendants can retain and submit a report from an appraisal expert and permit such expert's deposition (as well as the deposition of Mr. Wiener on his new opinions) within the new discovery period granted by the Court's November 26, 2012 Order.  Of course, if the Motion to Strike were granted, as Defendants respectfully submit the Court should do, then there would be no need for an appraisal expert or further expert depositions.

Dated: December 6, 2012                    Respectfully submitted,

                                           JACKSON WALKER L.L.P.

                                           */s/ Kurt Schwarz*
                                           Gordon M. Shapiro
                                           Texas Bar No. 18110600
                                           Kurt Schwarz
                                           Texas Bar No. 17871550
                                           Stephanie C. Sparks
                                           Texas Bar No. 24042900
                                           901 Main Street, Suite 6000
                                           Dallas, Texas  75202
                                           Telephone: (214) 953-6000
                                           Facsimile: (214) 953-5822

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Jonathan I. Blackman (*pro hac vice*)
Howard S. Zelbo (*pro hac vice*)
David H. Herrington (*pro hac vice*)
Melissa K. Marler (*pro hac vice*)
Jamie R. Rietema (*pro hac vice*)
Esti T. Tambay (*pro hac vice*)
One Liberty Plaza
New York, New York  10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

ATTORNEYS FOR DEFENDANTS STUDIO
CAPITAL, INC. AND DAVID MARTINEZ


*/s/ Thomas E. Kurth*
Thomas E. Kurth
Texas Bar No. 11768500
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas  75219
214-651-5000 Telephone
214-651-5690 Facsimile
thomas.kurth@haynesboone.com

Robert M. Abrahams (pro hac vice)
New York Bar No. 1236538
Kristie M. Blase (pro hac vice)
New York Bar No. 4526448
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York  10022
212-756-2000 Telephone
212-593-5955 Facsimile
robert.abrahams@srz.com
kristie.blase@srz.com

ATTORNEYS FOR DEFENDANT L&M ARTS

**CERTIFICATE OF SERVICE**

The undersigned certifies that copies of the foregoing were served on the attorneys of record for all parties via the Court's ECF system.

*/s/ Kurt Schwarz*
Kurt Schwarz

3