UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Marguerite Hoffman <br> *Plaintiff* <br><br> v. <br><br> L&M Arts, David Martinez, and Studio Capital, Inc. <br> *Defendant* | § <br> § <br> § <br> § <br> § Case No. 3:10-cv-0953-D <br> § <br> § <br> § <br> § |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

I.  Applicant is an attorney and a member of the law firm of (or practices under the name of) Cleary Gottlieb Steen & Hamilton LLP, with offices at

One Liberty Plaza
(Street Address)

New York          NY          10006
(City)            (State)     (Zip Code)

(212) 225-2000
(Telephone No.)

II.  Applicant will sign all filings with the name Jennifer P. McArdle.

*OPTIONAL:* Applicant wants this form to serve as applicant's registration for electronic case filing and consents under FED.R.CIV.P. 5(b) to accept service electronically at the following e-mail address:

jmcardle@cgsh.com
(E-mail Address)

III.  Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

David Martinez
Studio Capital, Inc.

to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

IV.  Applicant is a member in good standing of the bar of the highest court of the state of
New York_____, where Applicant regularly practices law.

Bar license number:_____4781761_____  Admission date:_____March 3, 2012_____

**Attach to this application an original certificate of good standing issued within the past 90 days from a state or the District of Columbia.**

For Court Use Only
Bar Status Verified:
_____

V.  Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S District Court for the Southern District of New York | October 29, 2010 | Active |
| U S District Court for the Eastern District of New York | November 18, 2010 | Active |

VI.  Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

VII.  Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

VIII.  Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

IX. Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:          Case No. And Style:

.                                                            .

(If necessary, attach statement of additional applications.)

X. Local counsel of record associated with Applicant in this matter is

Gordon M. Shapiro, Jackson Walker L.L.P. _____ who has offices at

901 Main Street, Suite 6000 _____
(Street Address)

Dallas _____  TX _____  75202 _____
(City)                                                  (State)              (Zip Code)

(214) 953-6000 _____.
(Telephone No.)

XI. Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII. Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $25.00 filing fee, on this the __13__ day of __December__, __2012__.

Jennifer P. McArdle _____
Printed Name of Applicant

*[signature]*
Signature

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Marguerite Hoffman <br> _Plaintiff_ <br><br> v. <br><br> L&M Arts, David Martinez, and Studio Capital, Inc. <br> _Defendant_ | § <br> § <br> § <br> § <br> § Case No. _____3:10-cv-0953-D_____ <br> § <br> § <br> § <br> § |

### ORDER FOR ADMISSION _PRO HAC VICE_

The Court has considered the Application for Admission _Pro Hac Vice_ of

Jennifer P. McArdle                                                                 .

It is ORDERED that:

☐ the application is granted. The Clerk of Court shall deposit the admission fee to the account of the Non-Appropriated Fund of this Court. It is further ORDERED that, if the Applicant has not already done so, the Applicant must register as an ECF User within 14 days. See LR 5.1(f) and LCrR 49.2(g).

☐ the application is denied. The Clerk of Court shall return the admission fee to the Applicant.

_____   _____
DATE                                                         PRESIDING JUDGE



# Appellate Division of the Supreme Court of the State of New York
# Second Judicial Department

---

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Jennifer Philbrick McArdle** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the **3rd** day of **March 2010**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on December 13, 2012.

*Aprilanne Agostino*
Clerk of the Court