IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:10-cv-00953-D |
| | § | |
| L&M ARTS, DAVID MARTINEZ and STUDIO CAPITAL, INC., | § § | |
| | § | |
| Defendants. | § | |

**DEFENDANT L&M ARTS'S JOINDER IN DEFENDANTS STUDIO CAPITAL'S AND DAVID MARTINEZ'S MOTION TO EXTEND TIME FOR EXPERT DISCOVERY**

Defendant L&M Arts joins in Studio Capital Inc.'s and David Martinez's Motion to Extend Time for Expert Discovery, dated January 18, 2013 (Docket No. 397, the "Motion"), and submits that the Motion should be granted for the reasons set forth therein.

1

Dated: January 18, 2013                    Respectfully submitted,

/s/ Thomas E. Kurth
Thomas E. Kurth
Texas Bar No. 11768500
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
214-651-5000 Telephone
214-651-5690 Facsimile
thomas.kurth@haynesboone.com

Of Counsel
Robert M. Abrahams (pro hac vice)
New York Bar No. 1236538
Kristie M. Blase (pro hac vice)
New York Bar No. 4526448
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
212-756-2000 Telephone
212-593-5955 Facsimile
robert.abrahams@srz.com
kristie.blase@srz.com

**ATTORNEYS FOR DEFENDANT L&M ARTS**

**CERTIFICATE OF SERVICE**

On January 18, 2013, I electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. Notice of this filing will be sent to the attorneys of record for all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Thomas E. Kurth
Thomas E. Kurth