IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:10-cv-00953-D |
| L&M ARTS, DAVID MARTINEZ and STUDIO CAPITAL, INC., | § § § § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANT L&M ARTS'S EXPEDITED MOTION TO COMPEL PLAINTIFF TO RESPOND TO INTERROGATORIES

The foregoing expedited motion to compel Plaintiff to respond to the interrogatories served on counsel for Plaintiff by counsel for Defendant L&M Arts on or about December 7, 2012, having been presented to this Court, is hereby GRANTED. Plaintiff is ORDERED to respond fully and in detail to L&M's interrogatories served on Plaintiff's counsel or about December 7, 2012 within __ days of the date of this Order.

SO ORDERED, this _____ day of _____, 2013.

SIDNEY A. FITZWATER
CHIEF JUDGE

**ORDER** Solo Page