IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MARGUERITE HOFFMAN,              §
                                 §
                    Plaintiff,   §
                                 §  Civil Action No. 3:10-CV-0953-D
VS.                              §
                                 §
L&M ARTS, et al.,               §
                                 §
                   Defendants.   §

## ORDER

The court has today filed a sealed memorandum opinion and order in this case. The memorandum opinion and order is filed under seal because it may disclose materials submitted under seal during the briefing process. Because this litigation is a matter of public record, the court concludes that the entire memorandum opinion and order should not remain sealed. Instead, only the parts that should be protected from public disclosure will remain sealed.

Accordingly, within 14 days of the date the memorandum opinion and order is filed, the parties must file a joint request identifying the parts that they request remain sealed. If they cannot agree on a particular joint request, they must state an individual request and explain why agreement could not be reached as to that request. The court grants the parties leave to file the joint request under seal.

The clerk of court is directed to file this order as a public document.

**SO ORDERED.**

January 28, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE