IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| VS. | § | |
| | § | |
| L&M ARTS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

Defendant L&M Arts ("L&M") requests expedited briefing and consideration of its January 18, 2013 motion to compel plaintiff to respond to interrogatories. The court will not require that plaintiff respond to the motion to compel before the 21-day deadline normally prescribed by the local civil rules. Once L&M files its reply brief, however, which it can do sooner than the 14-day reply brief deadline, the court will give expedited consideration to the motion to compel.

**SO ORDERED.**

January 29, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE