IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:10-CV-0953-D |
| VS. | § | |
| | § | |
| L&M ARTS, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 9, 2012 Judge Stickney issued an order denying defendant L&M Arts' ("L&M's") motion for protective order. L&M objected to the order, arguing that plaintiff Marguerite Hoffman ("Hoffman") is not entitled to take a Fed. R. Civ. P. 30(b)(6) deposition of L&M based on a notice that includes topics that were either already the subject of extensive inquiry during the depositions of Robert Mnuchin and Dominique Lévy or that are irrelevant, unreasonable, harassing, and unlikely to lead to the discovery of admissible evidence. Under the court's November 1, 2011 amended scheduling order, discovery in this case was to be completed by May 30, 2012.[*] Because the discovery deadline elapsed almost eight months ago, before the court addresses L&M's objections, it will decide whether the objections still require a ruling. The court therefore directs

---

[*]Although the court filed a November 26, 2012 memorandum opinion and order extending the discovery deadline to permit the parties to take additional discovery on Hoffman's fraudulent inducement claim and new facts alleged in her third amended complaint, the court specifically stated that it was not extending or reviving any deadline that had already expired. *See* Nov. 26, 2012 Mem. Op. & Order at 4.

L&M to advise the court in writing whether any parts of its August 23, 2012 objections remain to be decided. If fewer than all parts remain, the court requests that L&M identify those parts.

**SO ORDERED**.

January 30, 2013.

                                             SIDNEY A. FITZWATER
                                             CHIEF JUDGE