haynes*boone*

February 1, 2013

Chief Judge Sidney A. Fitzwater
United States District Court
Northern District of Texas
1100 Commerce Street
Room 1528
Dallas, Texas 75242-1003

Re:   January 30, 2012 Order

Dear Chief Judge Fitzwater:

In Your order dated January 30, 2012, you asked counsel for L&M Arts ("L&M") to advise the
court whether any parts of the August 23, 2012 L&M Arts's Sealed Objections to Magistrate
Judge's August 9, 2012 Discovery Order remain to be decided.

L&M's Objections remain to be decided in full.  The parties have neither scheduled the 30(b)(6)
deposition nor agreed to limit the scope of that examination.

We urge Your Honor to grant L&M's Objections and enter a protective order against the
unreasonable and harassing 30(b)(6) Notice that Plaintiff served on L&M.  First, as Your Honor
recognized, the time for discovery in this case ended on May 30, 2012,[1] and the testimony that
Plaintiff seeks duplicates testimony she has already taken from L&M's principals.  L&M's
principals gave extensive deposition testimony over the course of three days in March and April
2012, which testimony L&M has adopted.  Second, Judge Stickney ignored his prior discovery
orders in refusing to limit the topics of examination.  And third, although Plaintiff claims the
need to grill a corporate representative about 54 information technology issues, the fact of the
matter is that discovery has long since closed and L&M has complied with all of Judge
Stickney's orders concerning electronic searching and production.

---

[1] L&M presented one of its principals during in March 2012 for a 30(b)(6) examination, but Plaintiff declined to
proceed.

Haynes and Boone, LLP
Attorneys and Counselors
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Phone: 214.651.5000
Fax: 214.651.5940
www.haynesboone.com

**haynes**boone

Chief Judge Sidney A. Fitzwater
February 1, 2013
Page 2

L&M respectfully asks Your Honor to grant its Objections and enter a protective order against Plaintiff's 30(b0(6) Notice.

Very truly yours,

Thomas E. Kurth
Direct Phone Number: (214) 651-5621
Direct Fax Number: (214) 200-0506
thomas.kurth@haynesboone.com

TEK:cbw

cc:     All Counsel of Record (*by ECF*)