UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Case No. 3:10-cv-00953-D |
| L&M ARTS, INC., DAVID MARTINEZ, and STUDIO CAPITAL, INC., | § § § § | |
| Defendants. | § § | |

## NOTICE OF APPEARANCE

The following designated attorney hereby enters an appearance as counsel of record for L&M Arts, Inc., is admitted or otherwise authorized to practice in this court, and is authorized to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of L&M Arts, Inc.

> Joseph C. Portera
> Susman Godfrey, LLP
> 901 Main Street, Suite 5100
> Dallas, Texas 75202
> Telephone: (214) 754-1900
> Facsimile: (214) 754-1933
> Email: jportera@susmangodfrey.com

Dated: February 7, 2013

Respectfully submitted,

SUSMAN GODFREY, LLP

*/s/ Joseph C. Portera*

Joseph C. Portera
Texas Bar No. 24061137
David D. Shank
Texas Bar No. 24075056
SUSMAN GODFREY, LLP
901 Main Street, Suite 5100
Dallas, Texas 75202

2577782v1/013592

Telephone: (214) 754-1900
Facsimile: (214) 754-1933
Email: jportera@susmangodfrey.com
Email: dshank@susmangodfrey.com

*Attorneys for Defendant L&M Arts, Inc.*

2577782v1/013592

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 7th day of February, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

_____
Joseph C. Portera