In The United States District Court
For The Northern District Of Texas
Dallas Division

| | | |
|---|---|---|
| Marguerite Hoffman, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-CV-0953-D |
| | § | |
| L&M Arts, David Martinez, and Studio Capital, Inc., | § | |
| | § | |
| | § | |
| | § | |
| Defendants. | § | |

## AGREED ORDER GRANTING MOTION TO CONTINUE EXPERT DISCOVERY

Before the Court is the Motion to Extend Time for Expert Discovery ("Motion") (Dkt. No. 397), filed by Defendants Studio Capital, Inc. and David Martinez ("Defendants"). By their Motion, Defendants request an extension of the deadlines to conduct expert discovery until March 15, 2013. The Court has been informed by the parties that this matter has been resolved by consent. Therefore, Defendants' Motion is GRANTED, as follows:

IT IS ORDERED that the deadline to conduct expert discovery, including the provision by Defendants of an expert report on February 21, 2013, the deposition of Plaintiff's expert Victor Wiener concerning his supplemental expert report, and the deposition of Defendants' expert, is extended until March 15, 2013.

**SO ORDERED**.

February 8, 2013.

SIDNEY A. FITZWATER
CHIEF JUDGE

**AGREED ORDER – Page 1**

Dated: February 8, 2013

Respectfully submitted,

SHACKELFORD, MELTON&MCKINLEY LLP

_____
Bart Wulff
Texas State Bar No. 22086100
3333 Lee Parkway, 10th Floor
Dallas, Texas 75219
Telephone: (214) 780-1400
Facsimile: (214) 780-1401

WILLKIE FARR&GALLAGHER LLP
Roger Netzer
Mary Eaton
787 Seventh Avenue
New York, NY 10019-6099
Tel: (212) 728-8000
Fax: (212) 728-8111

ATTORNEYS FOR PLAINTIFF MARGUERITE HOFFMAN

JACKSON WALKER L.L.P.

_____
Gordon M. Shapiro
Texas Bar No. 18110600
Kurt Schwarz
Texas Bar No. 17871550
Stephanie C. Sparks
Texas Bar No. 24042900
901 Main Street, Suite 6000
Dallas, Texas  75202
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

CLEARY GOTTLIEB STEEN & HAMILTON LLP
Jonathan I. Blackman (*pro hac vice*)
Howard S. Zelbo (*pro hac vice*)
David H. Herrington (*pro hac vice*)
Melissa K. Marler (*pro hac vice*)
Jennifer Philbrick McArdle (*pro hac vice*)
Esti T. Tambay (*pro hac vice*)

**AGREED ORDER – Page 2**

One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

ATTORNEYS FOR DEFENDANTS STUDIO CAPITAL, INC. AND DAVID MARTINEZ

SUSMAN GODFREY LLP

_____
Joseph C. Portera
Texas Bar No. 24061137
David D. Shank
Texas Bar No. 24075056
Suite 5100
901 Main Street
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933

HAYNES AND BOONE, LLP
Thomas E. Kurth
Texas Bar No. 11768500
2323 Victory Avenue, Suite 700
Dallas, Texas 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5690

SCHULTE ROTH & ZABEL LLP
Robert M. Abrahams (*pro hac vice*)
Kristie M. Blase (*pro hac vice*)
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

ATTORNEYS FOR DEFENDANT L&M ARTS

**AGREED ORDER – Page 3**