IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MARGUERITE HOFFMAN, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § NO. 3:10-cv-953 |
| | § |
| L&M ARTS, DAVID MARTINEZ and | § |
| STUDIO CAPITAL, INC., | § |
| | § |
| | § |
| Defendants. | § |

## NOTICE OF CHANGE OF ADDRESS AND FIRM

This is to notify all concerned parties of the following change of address and firm:

1. Effective February 11, 2013, Bart Wulff is withdrawing from the firm of Shackelford Melton & McKinley LLP. Mr. Wulff will continue representing Marguerite Hoffman in this litigation. Shackelford, Melton & McKinley LLP and Brian Shaw will no longer represent any party in this litigation.

2. Effective February 12, 2013, the address of the undersigned counsel will change to:

>Bart Wulff
>Koning Rubarts LLP
>1700 Pacific, Suite 1890
>Dallas, TX 75201
>(214) 751-7900 – Main
>(214) 751-7890 - Direct
>(214) 751-7888 – Fax
>bart.wulff@koningrubarts.com

NOTICE OF CHANGE OF ADDRESS AND FIRM – Page 1

        SHACKELFORD, MELTON & MCKINLEY LLP

        By: /s/ Bart Wulff
           Bart Wulff
           State Bar No. 22086100
           3333 Lee Parkway, Tenth Floor
           Dallas, TX  75219
           BWULFF@shacklaw.net
           Tel: (214) 780-1400
           Fax: (214) 780-1401

        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing Notice of Change of Address and Firm is being served electronically via ECF on all counsel of record on the 11th day of February 2013.

        By: /s/ Bart Wulff
           Bart Wulff