## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **Marguerite Hoffman,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **No. 3:10-cv-953** |
| | § | |
| **L&M Arts, David Martinez and Studio** | § | |
| **Capital, Inc.,** | § | |
| | § | |
| **Defendants.** | § | |

### UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Now comes Brian P. Shaw, counsel of record for Plaintiff Marguerite Hoffman ("Hoffman"), and moves this Honorable Court to allow him to withdraw as counsel of record for Hoffman. Pursuant to L.R. 83.12(a), the reason for the withdrawal is that Hoffman was and is Bart Wulff's client, who is no longer with Shackelford Melton & McKinley, the firm in which Mr. Shaw is an associate. There is no "succeeding attorney" as contemplated by L.R. 83.12(a) – Bart Wulff, Roger Netzer, and various attorneys at their respective firms will continue to represent Hoffman in this matter. Shackelford Melton & McKinley will have no further involvement in this case.

WHEREFORE, premises considered, Brian P. Shaw requests the Court grant him withdrawal as counsel for Hoffman in this proceeding, and for such other relief to which he is entitled.

Dated:  February 14, 2013                    Respectfully submitted,

                                             SHACKELFORD, MELTON & McKINLEY
                                             LLP


                                             By:  ___/s/  Brian P. Shaw_____
                                                    Brian P. Shaw
                                                    State Bar No. 24053473

                                                    3333 Lee Parkway, Tenth Floor
                                                    Dallas, Texas  75219
                                                    bshaw@shacklaw.net
                                                    Tel: (214) 780-1400
                                                    Fax: (214) 780-1401


### CERTIFICATE OF CONFERENCE

I hereby certify that on February 13 and 14, 2013, Brian P. Shaw, attorney for Plaintiff,

Kurt Schwarz, and Joseph Portera, attorneys for Defendants, conferred via e-mail and telephone,

respectively, regarding this Motion, which is unopposed.


Certified to this 14th day of February, 2013.


                                   _____/s/ Brian P. Shaw_____
                                         Brian P. Shaw, Attorney for Plaintiff


### CERTIFICATE OF SERVICE

The undersigned certifies that a true copy of the foregoing is being served electronically

via ECF on all counsel of record on the 14th day of February, 2013.


                                   _____/s/  Brian P. Shaw_____
                                         Brian P. Shaw


UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL – Page 2