IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **Marguerite Hoffman,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | No. 3:10-CV-0953-D |
| | § | |
| **L&M Arts, David Martinez and Studio Capital, Inc.,** | § | |
| | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

Brian P. Shaw's Unopposed Motion for Withdrawal of Counsel is granted, and Brian P. Shaw is granted withdrawal as counsel for Plaintiff in this case.

Signed February 14, 2013.

_____
SIDNEY A. FITZWATER
CHIEF JUDGE