IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. 3:10-CV-0953-D |
| L&M ARTS, DAVID MARTINEZ and STUDIO CAPITAL, INC., | | |
| Defendants. | | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**

The Court has considered L&M Arts's Unopposed Motion to Withdraw as Counsel. Finding that no parties in this case will be prejudiced by the requested withdrawal, the Court hereby GRANTS the Motion.

It is therefore ORDERED that Robert M. Abrahams and Kristie M. Blase, and the law firm of Schulte Roth & Zabel LLP, and Thomas E. Kurth, W. Alan Wright, William D. White, and the law firm of Haynes and Boone, LLP, are no longer counsel of record for Defendant L&M Arts.

SO ORDERED February 20, 2013.

SIDNEY A. FITZWATER
CHIEF JUDGE

**ORDER**                                                                                                   Solo Page