# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| MARGUERITE HOFFMAN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 3:10-cv-00953-D |
| | § | |
| L&M ARTS, DAVID MARTINEZ, and | § | |
| STUDIO CAPITAL, INC., | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF WITHDRAWAL OF DEFENDANT L&M ARTS' EXPEDITED MOTION TO COMPEL PLAINTIFF TO RESPOND TO INTERROGATORIES

On January 18, 2013, Defendant L&M Arts moved to compel Plaintiff to provide complete responses to L&M's second set of interrogatories (*See* ECF Dkt. No. 399). L&M's new counsel, who first appeared on February 7, 2013, recently conferred with Plaintiff's counsel regarding L&M's motion. Plaintiff agreed to provide various supplemental answers. Without waiver of any of its positions or arguments, L&M withdraws its pending motion at this time.

Dated: February 22, 2013.

Respectfully submitted,

SUSMAN GODFREY, LLP

*/s/ Joseph C. Portera*
Joseph C. Portera
Texas Bar No. 24061137
David D. Shank
Texas Bar No. 24075056
SUSMAN GODFREY, LLP
901 Main Street, Suite 5100
Dallas, Texas 75202
Telephone: (214) 754-1900
Facsimile: (214) 754-1933
Email: jportera@susmangodfrey.com
Email: dshank@susmangodfrey.com

*Attorneys for Defendant L&M Arts*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 22, 2013, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system.

*/s/ David D. Shank*
David D. Shank